UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYON PAYNE,
 Plaintiff

V.           CASE NO: 6:20-cv-1306-Orl-40DCI

JERMAINE CARLOS DIAZ
 Defendan
_____/

## **GIVE  NOTICE TO THE COURT**

COMES NOW, Rayon Payne, Pro Se, in the above cause gives notice to the court of

filings outside of the timeframe ordered by the court, and state the following;

On July 27, 2020, the Court made two orders "Related to case order and track two notice"

to filed within 14 days of the order. Plaintiff received the Court order on August 15, 2020.

On August 15, 2020, Plaintiff filed his response to "Notice of pendency of order action"

electronic via filing form on the court's website. I will file the remaining motions on when

Defendant is served.

### **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** I will serve a copy of all motions upon each party no later than 14

days after the appearance of the party or after notice of service.

Date: August 15, 2020     RAYON PAYNE, PRO SE
           /s/ Rayon Payne

           _____
           8815 Conroy Windermere Rd
           Ste. #208
           Orlando Florida 32835
           Tel: 863-485-0550
           Email: info@folksalert.com