**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAYON PAYNE,**

        **Plaintiff,**

**v.**                                **Case No: 6:20-cv-1306-Orl-40DCI**

**JERMAINE CARLOS DIAZ,**

        **Defendant.**

---

## ORDER DIRECTING COMPLIANCE

This case is before the Court upon periodic review. Plaintiff has failed to comply with the Court's Order (Doc. No. 4) of July 27, 2020, directing Plaintiff to file a Certificate of Interested Persons. Accordingly, it is

**ORDERED** that the Plaintiff shall file a response to said Order **within fourteen (14) days** from the date of this Order. Failure to comply with this Order may result in the dismissal of the case or the imposition of appropriate sanctions without further notice.

**DONE AND ORDERED** at Orlando, Florida, this 21st day of August, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party