No. 6-20-CV-1306-0R1-40DC1

| | | |
|---|---|---|
| JERMAINE CARLOS DIAZ<br>PLAINTIFF | §<br>§ | IN THE <u>DISTRICT</u> COURT |
| | | |
| RAYON PAYNE<br>DEFENDANT | §<br>§<br>§ | <u>UNITED STATES DISTRICT COURT</u><br><br><u>MIDDLE DISTRICT OF FLORIDA</u> |

### AFFIDAVIT OF ATTEMPTED PERSONAL SERVICE

STATE OF TEXAS                §
                                      §

COUNTY OF FORT BEND     §

BEFORE ME, the undersigned authority, personally appeared <u>DEPUTY CHRIS NGUYEN #1115</u>
Who, by me duly sworn, deposed as follows:

"My name is, <u>DEPUTY CHRIS NGUYEN #1115</u> I am of sound mind and capable of making this affidavit. I am personally acquainted with the facts herein stated, which are true".

"I have attempted to serve Defendant / Respondent, <u>JERMAINE CARLOS DIAZ</u> in this cause of action personally at the address(es) and on the days and times shown below:

1. Defendant's address: <u>2827 MONARCH CROSSING, MISSOURI CITY, TX 77459</u> Fort Bend County, Texas.

2. Dates and times of attempted service:

| DATE | TIME | TYPE OF SERVICE | ADDRESS | RESULT |
|---|---|---|---|---|
| 8/3/20 | 10:32AM | Personal | 2827 MONARCH CROSSING MISSOURI CITY, TX 77459 | NO ANSWER, LEFT CARD. |
| 8/4/20 | 7:15PM | Personal | 2827 MONARCH CROSSING MISSOURI CITY, TX 77459 | ATTEMPTED LEFT CARD, DEPUTY C. NGUYEN'S CARD WAS NOT ON DOOR PER 1122. |
| 8/5/20 | 9:30AM | Personal | | CHECKED NAMS FOR CONTACT INFO. CALLED 832-696-2633, NO ANSWER, NO VOICEMAIL OPTION. |
| 8/6/20 | 1:23PM | Personal | | I SPOKE WITH JERMAINE AT 832-805-6528 ADVISED HE WILL BE BACK FROM OUT OF TOWN 8/10/20 (MONDAY) ANYTIME AFTER 11AM. |
| 8/10/20 | 12:07PM | Personal | | CALLED JERMAINE, NO ANSWER, NO VOICEMAIL OPT. |
| 8/10/20 | 12:50PM | Personal | | SENT TEXT, NO RESPONSE. |
| 8/10/20 | 2:30PM | Personal | | CALLED JERMAINE, NO ANSWER, NO VOICEMAIL OPT. |
| 8/11/20 | 9:20PM | Personal | | CALLED JERMAINE, NO ANSWER, NO VOICEMAIL OPT. |
| 8/11/20 | 1:10PM | Personal | | CALLED JERMAINE, NO ANSWER, NO VOICEMAIL OPT. |
| 8/11/20 | 1:12PM | Personal | | CALLED RAYON PAYNE AT 863-485-0550 ADVISED HIM SINCE MY CONTACT WITH JERMAINE VIA PHONE CALL ON 8/6/20 I HAVEN'T HEARD BACK FROM JERMAINE. |
| 8/11/20 | 3:15PM | Personal | 2827 MONARCH CROSSING MISSOURI CITY, TX 77459 | NO ANSWER, LEFT CARD. MY PREVIOUS CARDS HAVE BEEN TAKEN DOWN. |
| 8/12/20 | 12:35PM | Personal | 4206 ROTH DR. MISSOURI CITY, TX | PER CURRENT HOMEOWNER OF 6 YEARS, BILL ADAMS THE DEFENDANT DOES NOT LIVE HERE. |
| 8/12/20 | 12:58PM | Personal | 2827 MONARCH CROSSING MISSOURI CITY, TX 77459 | NOT IN PER FRIENDS ON LOCATION HELPING BOX UP ITEMS FOR UPCOMING EVICTION. |

"I am qualified to serve process in this case as required under Rule 103, Texas Rules of Civil Procedure".

SIGNED on August 21, 2020

_____
Affiant
**Mike Beard, Constable, Pct. 1**
**Fort Bend County, Texas**

SWORN TO AND SUBSCRIBED to before me by <u>DEPUTY CHRIS NGUYEN #1115</u> on August 21, 2020

_____
Notary Public in and for the State of Texas

Terri Southall
Notary ID #12545107-2
My Commission Expires
March 17, 2024

page (1)

No. 6-20-CV-1306-0R1-40DC1

| | | |
|---|---|---|
| JERMAINE CARLOS DIAZ **PLAINTIFF** | § § | IN THE <u>DISTRICT</u> COURT |
| | § | <u>UNITED STATES DISTRICT COURT</u> |
| RAYON PAYNE **DEFENDANT** | § § § | <u>MIDDLE DISTRICT OF FLORIDA</u> |

### AFFIDAVIT OF ATTEMPTED PERSONAL SERVICE

| | |
|---|---|
| **STATE OF TEXAS** | § § |
| **COUNTY OF FORT BEND** | § |

BEFORE ME, the undersigned authority, personally appeared <u>DEPUTY CHRIS NGUYEN #1115</u> Who, by me duly sworn, deposed as follows:

"My name is, <u>DEPUTY CHRIS NGUYEN #1115</u> I am of sound mind and capable of making this affidavit. I am personally acquainted with the facts herein stated, which are true".

"I have attempted to serve Defendant / Respondent, <u>JERMAINE CARLOS DIAZ</u> in this cause of action personally at the address(es) and on the days and times shown below:

1. Defendant's address: <u>2827 MONARCH CROSSING, MISSOURI CITY, TX 77459</u> Fort Bend County, Texas.

2. Dates and times of attempted service:

| DATE | TIME | TYPE OF SERVICE | ADDRESS | RESULT |
|---|---|---|---|---|
| 8/13/20 | 1:45PM | Personal | 2827 MONARCH CROSSING MISSOURI CITY, TX 77459 | WHITE ROLLS ROYCE FL TAG: YNGLACE IS ON THE DRIVEWAY. NO ANSWER, LEFT CARD, CALLED PHONE NO ANSWER, |
| 8/17/20 | 11:28AM | Personal | 2827 MONARCH CROSSING MISSOURI CITY, TX 77459 | NO ANSWER, LEFT CARD. |
| 8/19/20 | 10:00AM | Personal | 2827 MONARCH CROSSING MISSOURI CITY, TX 77459 | NOT ON LOCATION DURING EXECUTING WRIT OF POSSESSION. |
| 8/20/20 | 10:24AM | Personal | 5634 JAY THRUSH DR. RICHMOND, TX 77407 | PER MOTHER, JERMAINE IS IN LAS VEGAS WORKING ON A PROJECT, LEFT CARD. |
| 8/21/20 | 7:42AM | Personal | OFFICE | I SPOKE TO PLAINTIFF, RAYON PAYNE PROVIDED HIM JERMAINE'S NEW ADDRESS (5634 JAY THRUSH DR. RICHMOND, TX 77407) AND CURRENT PHONE NO. 832-805-6528. RAYON WAS ADVISED OF THIS RETURN TO COURT. |
| 8/21/20 | 2:00PM | Personal | OFFICE | RETURNED TO COURT DUE TO POSSIBLE AVOIDING SERVICE. |
| | | Personal | | |
| | | Personal | | |
| | | Personal | | |
| | | Personal | | |
| | | Personal | | |
| | | Personal | | |
| | | Personal | | |

"I am qualified to serve process in this case as required under Rule 103, Texas Rules of Civil Procedure".

SIGNED on August 21, 2020

Affiant
**Mike Beard, Constable, Pct. 1**
**Fort Bend County, Texas**

SWORN TO AND SUBSCRIBED to before me by <u>DEPUTY CHRIS NGUYEN #1115</u> on August 21, 2020

Notary Public in and for the State of Texas

Terri Southall
Notary ID #12545107-2
My Commission Expires
March 17, 2024

Page (2)

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

RAYON PAYNE

)
)
)
)
)
_____
*Plaintiff(s)*
v.                                    )   Civil Action No. 6:20 cv-130-orl- 40DCI
JERMAINE CARLOS DIAZ
)
)
)
)
)
_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JERMAINE CARLOS DIAZ,
2827 MONARCH CROSSING
MISSOURI CITY TX 77459

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RAYON PAYNE,
8815 CONROY WINDERMERE RD
STE. #208
ORLANDO, FL 32835

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___7/23/20___                    _____
*Signature of Clerk or Deputy Clerk*

2020 JUL 31 PM 1:09
FORT BEND COUNTY
CONSTABLE MIKE BEARD
PRECINCT ONE