# Exhibit (1)

IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA

JERMAINE CARLOS DIAZ,

CASE NO: 2019-CA-008025-O

        Plaintiff/Counter-Defendant,

v.

RAYON SHERWIN PAYNE
d/b/a FOLKSALERT,

        Defendant/Counter-Plaintiff.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE having come before the Court on June 8, 2020, on Motion to Withdraw as Counsel for Plaintiff/Counter-Defendant (the "Motion"), and the Court having reviewed the pleadings and being otherwise fully advised in the premises, it is ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. Eric P. LaRue II, Esquire and The LaRue Firm, PLLC, are hereby relieved of any further obligations in this action and relieved of any further duty to represent Plaintiff/Counter-Defendant, Jermaine Carlos Diaz, in this matter.

3. Eric P. LaRue II, Esquire and The LaRue Firm, PLLC shall be removed from the service list in this matter.

4. Plaintiff/Counter-Defendant, Jermaine Carlos Diaz, shall have ten (10) days from the date of this Order to retain new counsel and this action shall be abated for a period ten (10) days from the date of this order.

5. Until such time as new counsel appears on behalf of Plaintiff/Counter-Defendant, Jermaine Carlos Diaz, all pleadings, papers, motions, correspondence, and other documents shall be served

on Plaintiff/Counter-Defendant, Jermaine Carlos Diaz, at 2827 Monarch Crossing, Missouri City, Texas 77459 and at lace@lacetheblueprint.com and younglaceincorporated@gmail.com. His telephone number is 501-400-6666.

DONE AND ORDERED in Chambers in Orlando, Orange County, Florida on this 10th day of June, 2020.

eSigned by Lisa T. Munyon 06/10/2020 10:20:42 2Rd.ek4n

The Honorable Lisa T. Munyon
Circuit Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed and served upon all the parties appearing on the e-file list on this 10th day of June, 2020.

Judicial Assistant