# Exhibit (2)

Filing # 111368955 E-Filed 08/06/2020 09:48:57 AM

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NUMBER: 48-2019-CA-008025-O

JERMAINE C. DIAZ,

     Plaintiff,

vs.

RAYON S. PAYNE,

     Defendant.

                       /

## ORDER ON COUNTER-PLAINTIFF'S MOTION FOR DEFAULT
## TO THE COURT ON THE AMENDED COUNTERCLAIM

THIS CAUSE came before the Court on August 6, 2020, and the Court, being otherwise duly advised in the premises, the Court finds that the motion should be granted. The counter-plaintiff's motion for default and counter-defendant's motion for extension of time to respond to the amended motion for summary judgment were·set by court order. Counter-plaintiff appeared remotely, but counter-defendant failed to appear.[1] Counter-defendant knew of the hearing as he filed a motion to continue the hearing on August 5; however, he was not present in the virtual hearing to argue his motion or to speak in opposition to the counter-plaintiff's motion. Accordingly, it is hereby

**ORDERED and ·ADJUDGED** that the Counter-Plaintiff's Motion for Default to the Court on the Amended Counterclaim is hereby **GRANTED.**

DONE AND ORDERED on this 6th day of August, 2020.

eSigned by Lisa T. Munyon (08/06/2020 09:48:22 2RFPt3Zi

Lisa T. Munyon
Circuit Judge

---

[1] Because the counter-defendant failed to attend the virtual hearing, the court took no action on his motion for continuance or motion for extension of time to respond to the amended motion for summary judgment. The motion for continuance contained nothing indicating that counter-defendant could not appear pro-se on August 6 to address his request for continuance. The amended motion for summary judgment is currently scheduled for hearing on August 24, 2020.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed with the Clerk of the Court this 6th day of August, 2020 by using the Florida Courts E-Filing Portal System. Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the ePortal Electronic Service List, via transmission of Notices of Electronic Filing generated by the ePortal System.

Judge Lisa T. Munyon