# Exhibit (3)



# Texas Public Sex Offender Registry



Printed: 10/9/2020 7:33:42 PM

# DIAZ,JERMAINE CARLOS

| | |
|---|---|
| **SID** | 07454232 |
| **Risk Level** | NOT REPORTED |
| **Ending Registration Date (Projected)** | LIFETIME |
| **Verification Requirement** | ANNUALLY |
| **Sex** | Male |
| **Race** | Black |
| **Ethnicity** | Non-Hispanic |
| **Height** | 5'10" |
| **Weight** | 180 lbs |
| **Hair Color** | BLACK |
| **Eye Color** | BROWN |
| **Shoe Size** | 09.0 |
| **Shoe Width** | D |



Photo Reported
05/07/201!

## Name(s)

DIAZ,JERMAINE CARLOS (PRIMARY)

DIAZ,CARLOS J

DIAZ,CARLOS

DIAZ,JERMAINE

DIAZ,JERMAINE LARCUS

# Birth Date(s)

10/15/1983 (PRIMARY)

# Notices

DPS Cannot guarantee the records you obtain through this site relate to the person about whom you are seeking information. Searches based on names, dates of birth and other alphanumeric identifiers are not always accurate. The only way to positively link someone to a criminal record is through fingerprint verification.

The registry contains information as reported by the law enforcement agency that served as the offender's last Texas registration authority. Registrants who leave the state will have their last reported state/country of intended residence reflected in the address portion of their record. Registration information will remain on the web site until the duty to register has expired or other relief allowed by statute is granted. (Art. 62.101 and 62.251 Tx CCP)

| Date | Event Type | Agency |
|------|-----------|--------|
| 08/28/2020 | Change of Status | FORT BEND CO SO RICHMOND |
| 11/26/2019 | Verification | HOUSTON POLICE DEPARTMENT |
| 12/08/2004 | Registration | HOUSTON POLICE DEPARTMENT |

# Reported Information

| Address | (TEXAS RESIDENT)<br>5634 JAY THRUSH DR<br>RICHMOND TX 77407 |
|---------|--------|

# Offense: SEXUAL ASSAULT IN THE FOURTH DEGREE/INTERCOURSE OR DEVIATE SEXUAL ACTIVITY

| Statute | ARKANSAS CODE 5-14-127(a)(1)(A) |
|---------|--------|
| Victim Sex | Female |