# Exhibit (4)

# AFFIDAVIT OF ATTEMPTED SERVICE

STATE OF TEXAS
COUNTY OF FORT BEND

My name is ___SHANE STEELE___ and I am a Deputy Constable in Fort Bend County, Texas.

I hereby confirm that Service of Citation was attempted on Cause No. **6:20-cv-1306-ORL-40DCI** and was not successful. The following attempts were made to serve: **Jermaine Carlos Diaz.**

| LOCATION | DATE | TIME |
|---|---|---|
| 5634 Jay Thrush Dr, Richmond Tx 77407 | 09/09/20 | 2:35 pm, Defendant Not In, Defendant Out of Town, Left Business Card w Defendant's Mother |
| 5634 Jay Thrush Dr, Richmond Tx 77407 | 09/14/20 | 7:40 am, No Answer |
| 5634 Jay Thrush Dr, Richmond Tx 77407 | 09/17/20 | 9:40 am, No Answer |
| 5634 Jay Thrush Dr, Richmond Tx 77407 | 09/18/20 | 2:55 pm, Defendant Not In |
| 5634 Jay Thrush Dr, Richmond Tx 77407 | 09/21/20 | 8:45 am, No Answer |
| 5634 Jay Thrush Dr, Richmond Tx 77407 | 09/28/20 | 8:05 am, No Answer |

I also confirm that the service return documents were returned to the court on ___October 13,2020___ .

___Affiant___

STATE OF TEXAS
COUNTY OF FORT BEND

**BEFORE ME,** the undersigned notary, on this day personally appeared the above named affiant who is known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that said affiant executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this __13th__ day of _October__, 2020.

___NOTARY PUBLIC___



CHRISTINA M TORRES
NOTARY PUBLIC, STATE OF TEXAS
Notary ID #554080-9
EXPIRES Sept. 09, 2024

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

RAYON PAYNE

           *Plaintiff(s)*

           v.

JERMAINE CARLOS DIAZ

           *Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 6:20-cv-1306-ORL-40 CI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
JERMAINE CARLOS DIAZ
5634 JAY THRUSH DR
RICHMOND, TX 77407
PHONE: 832-805-6528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RAYON PAYNE
8815 CONROY WINDERMERE RD
#208
ORLANDO, FL 32835

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/3/2020

*Signature of Clerk or Deputy Clerk*