UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYON PAYNE,
    Plaintiff

V.                                     CASE NO: 6:20-cv-1306-Orl-40DCI

JERMAINE CARLOS DIAZ
    Defendant
_____/

## PLAINTIFF'S SUPPLEMENTAL MOTION
## IN SUPPORT OF ORDER FOR ALTERNATE SERVICE

COMES NOW Rayon Payne, Plaintiff, pursuant to Rules 4(e)(1) and 4(h)(1) of the

Federal Rules of Civil Procedure, files this supplemental in support of his his previous motion for

an order approving alternate service of process on Defendants Jermaine Carlos Diaz, by

publication and electronic mail at younglaceincorporated@gmail.com and

lace@moneytoblowmusicgroup.com. As grounds for this Motion, Plaintiff states:

1. On October 9, 2020, Plaintiff sent Defendant an email to which a copy of the complaint

    was attached, as well informing him of the pending lawsuit and that a waiver of notice,

    waiver forms, and complaint was being mailed to him in an effort to avoid expense. See

    attached exhibit (1).

2. On October 19, 2020, the package Defendant was returned to Plaintiff unopened with the

    handwriting in the front **"RETURN TO SENDEE"** please see attached exhibit (2).

WHEREFOR Base on the express herein Defendant is intentionally avoiding service and

concealing his were about and Plaintiff respectfully seeks an order granting him to serve

1

Defendant by publication and electronic mail at younglaceincorporated@gmail.com and lace@moneytoblowmusicgroup.com.

### M.D. Fla. L.R. 3.01(g) Certification

The Plaintiff certifies that it was impossible to confer with Defendant because he has not appeared in this action and cannot be located for service.

Date: October 19, 2020

RAYON PAYNE, PRO SE
/s/ Rayon Payne

_____

8815 Conroy Windermere Rd
Ste. #208
Orlando Florida 32835
Tel: 863-485-0550
Email: info@folksalert.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** I hereby certify that on October 15, 2020, I electronically filed the foregoing with the Clerk of the Court and will serve the parties in the manner specified below.

RAYON PAYNE, PRO SE
/s/ Rayon Payne

_____

**Jermaine Carlos Diaz**

**Via U.S. Mail to:**
5634 Jay Thrush Dr. Richmond TX 77407

**Via Email to:**
younglaceincorporated@gmail.com and lace@moneytoblowmusicgroup.com

**Via Publication at:**
https://my.workshare.com/#folders/tlC12gedgWmUguWP

# Exhibit (1)

 Gmail                                         **Keko Mardi <kekomardi@gmail.com>**

## Pending Lawsuit

1 message

**Keko Mardi** <kekomardi@gmail.com>                                    Fri, Oct 9, 2020 at 7:19 PM
To: lace@moneytoblowmusicgroup.com, younglaceincorporated@gmail.com

Hello good day Mr. Diaz I would like to inform you that there is a pending Federal lawsuit against you for copyright violations. I'm sending you a copy of the complaint and also to inform you that I mail you a copy today, and a notice of waiver and waiver form for you to sign please sign it and send it back to avoid expense in this matter. If you have any questions please contact me or have your attorney contact me.

Thx you
Rayon Payne

 **Payne v. Diaz - DMCA Lawsuit.pdf**

--

NOTICE
This email message and any attachments contain information which may be privileged and confidential. If you are not the intended recipient or have received this transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication, including attachments. Any disclosure, copying, distribution or use of this information is strictly prohibited. Please consider the environment before printing this e-mail.

# Exhibit (2)

**FROM:**

RAYON PAYNE
8815 CONROY WINDERMERE RD
#208
ORL FL 32835

Atti postman
RETURN TO
SENDEE

**UNITED STATES POSTAL SERVICE.**     *Retail*

**F**

**US POSTAGE PAID**

**$5.45**    Origin: 32811
10/09/20
1169350813-1

**USPS FIRST-CLASS MAIL®**

0 Lb 11.90 Oz

1023

-R-T-S-   77407-RFS-1N    *95 10/14/20

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

**RFS**

**USPS TRACKING® NUMBER**

9516 4150 3996 0283 6714 09

Photo Document Mailer
9 3/4" x 12 1/4"

ReadyPos

**TO:**

JERMAINE CARLOS DIAZ
5634 JAY THRUSH DR
RICHMOND, TX 77407

REF