RAYON PAYNE,
    Plaintiff

V.                                         CASE NO: 6:20-cv-1306-Orl-40DCI

JERMAINE CARLOS DIAZ
    Defendant
_____/

## **PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT ORDER**

COMES NOW Rayon Payne, Plaintiff, hereby file this Notice of Compliance with court Order of this court dated 07/27/20 and 07/28/20, Plaintiff states;

1. On November 19, 2020, Defendant was located living at 5501 Regency Dr, Sugar Land, TX 77479-4108 and served with the complaint.

2. On November 23, 2020, Plaintiff filed with the clerk summons returned executed, sign affidavit of service along with the field report. Also on November 23, 2020, Plaintiff served on Defendant all orders and pleading filed in this case to date at the following address 5501 Regency Dr, Sugar Land, TX 77479-4108.

Date: November 23, 2020                    RAYON PAYNE, PRO SE
                                        /s/ Rayon Payne

                                        _____
                                        8815 Conroy Windermere Rd
                                        Ste. #208
                                          Orlando Florida 32835
                                        Tel: 863-485-0550
                                        Email: info@folksalert.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** I hereby certify that on November 23, 2020, I e-file the foregoing with the Clerk of the Court and certify that a copy was U.S. Mail serves Jermaine Carlos Diaz at 5501 Regency Dr, Sugar Land, TX 77479-4108.

RAYON PAYNE, PRO SE
/s/ Rayon Payne

_____