FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2020 DEC 11 AM 10: 23

MIDDLE DISTRICT COURT
ORLANDO. FLORIDA

RAYON PAYNE,
Plaintiff

V.                                          CASE NO: 6:20-cv-1306-Orl-40DCI

JERMAINE CARLOS DIAZ
Defendant
_____/

## PLAINTIFF'S MOTION FOR DEFAULT BY CLERK

COMES NOW Rayon Payne, Plaintiff request(s) that the clerk of court enter default

against Jermain Carlos Diaz, Defendant pursuant to Federal Rule of Civil Procedure 55(a). In

support of this request Plaintiff relies upon the record in this case and the affidavit submitted

herein.

Date: 12/11/ 2020                           RAYON PAYNE, PRO SE
                                            /s/ Rayon Payne

                                            8815 Conroy Windermere Rd
                                            Ste. #208
                                            Orlando Florida 32835
                                            Tel: 863-485-0550
                                            Email: info@folksalert.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** I hereby certify that a true and correct copy of the

foregoing was served by U.S. Mail on 11 day of December, 2020 to Jermaine Carlos Diaz at

5501 Regency Dr, Sugar Land, TX 77479-4108, Emails younglaceincorporated@gmail.com and

lace@moneytoblowmusicgroup.com.

                                            RAYON PAYNE, PRO SE
                                            /s/ Rayon Payne

1