FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2020 DEC 11 AM 10: 23

U. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

RAYON PAYNE,
     Plaintiff

V.

                                CASE NO: 6:20-cv-1306-Orl-40DCI

JERMAINE CARLOS DIAZ
     Defendant
_____/

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT BY CLERK

I, Rayon Payne, being duly sworn, state as follows:

1. I am the Plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and complaint were filed on July 23, 2020.

3. Defendant Jermaine Carlos Diaz, was served with a copy of the summons and complaint on November 19, 2020, as reflected on the docket sheet by the proof of service filed on November 23, 2020.

4. Defendant Jermaine Carlos Diaz, answer to the complaint was due on or before December 10, 2020.

5. Defendant Jermaine Carlos Diaz, has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

6. Plaintiff requests that the clerk of court enter default against the Defendant Jermaine Carlos Diaz.

1

Date: 12/11/20

Respectfully submitted,
RAYON PAYNE, PRO SE



8815 Conroy Windermere Rd
Ste. #208
Orlando Florida 32835

Sworn to or affirmed and signed before me on ___11th of Dec___ by ___Rayon Payne___ .

STATE OF FLORIDA
COUNTY OF ORANGE

CELIA DE LA ROSA
Notary Public - State of Florida
Commission # GG 963646
My Comm. Expires Feb 27, 2024

_____
NOTARY PUBLIC or DEPUTY
CLERK

Celia De La Rosa
Stamp commissioned name of notary

Personally Known _____
Produced Identification ___✓___
Type of Identification Produced ___FL DL exp: 11/7/2025___

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail on 11 day of December, 2020 to Jermaine Carlos Diaz at 5501 Regency Dr, Sugar Land, TX 77479-4108 and younglaceincorporated@gmail.com and lace@moneytoblowmusicgroup.com.

RAYON PAYNE, PRO SE
/s/ Rayon Payne