UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYON PAYNE,
　Plaintiff

V.　　　　　　　　　　　　　　　　　　CASE NO: 6:20-cv-1306-Orl-40DCI

JERMAINE CARLOS DIAZ
　Defendant
_____/

## PLAINTIFF'S 2ND AMENDED MOTION FOR DEFAULT BY CLERK

COMES NOW Rayon Payne, Plaintiff request(s) that the clerk of court enter default

against Jermain Carlos Diaz, Defendant pursuant to Federal Rule of Civil Procedure 55(a). In

support of this request Plaintiff relies upon the record in this case and the affidavit submitted

herein.

Date: 12/14/ 2020　　　　　　　　　　　RAYON PAYNE, PRO SE
　　　　　　　　　　　　　　　　　　　　/s/ Rayon Payne

　　　　　　　　　　　　　　　　　　　8815 Conroy Windermere Rd
　　　　　　　　　　　　　　　　　　　Ste. #208
　　　　　　　　　　　　　　　　　　　Orlando Florida 32835
　　　　　　　　　　　　　　　　　　　Tel: 863-485-0550
　　　　　　　　　　　　　　　　　　　Email: info@folksalert.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** I hereby certify that a true and correct copy of the

foregoing was served by U.S. Mail on 14 day of December, 2020 to Jermaine Carlos Diaz at

5501 Regency Dr, Sugar Land, TX 77479-4108, Emails younglaceincorporated@gmail.com and

lace@moneytoblowmusicgroup.com.

　　　　　　　　　　　　　　　　　　　RAYON PAYNE, PRO SE
　　　　　　　　　　　　　　　　　　　/s/ Rayon Payne

　　　　　　　　　　　　　　　　　　　_____