RAYON PAYNE,

        **Plaintiff,**

**v.**                                **Case No:  6:20-cv-1306-Orl-40DCI**

**JERMAINE CARLOS DIAZ,**

        **Defendant.**

## ORDER

On December 14, 2020, Plaintiff, who is proceeding *pro* se, filed the Second Amended Motion for Default by Clerk that is now before the Court.  Doc. 28 (the Motion).  Upon review, the Court finds that the Motion is due to be denied without prejudice.

The Court denied Plaintiff's first two motions for Clerk's Default for failure to comply with the Servicemembers Civil Relief Act (SCRA) 50 U.S.C. § 3931.[1]  *See* Docs. 25;27.  The SCRA requires that

> In any action or proceeding covered by this section, the court, before entering judgment for the plaintiff, shall require the plaintiff to file with the court an affidavit—
>
> **(A)** stating whether or not the defendant is in military service and showing necessary facts to support the affidavit; or
>
> **(B)** if the plaintiff is unable to determine whether or not the defendant is in military service, stating that the plaintiff is unable to determine whether or not the defendant is in military service.

50 U.S.C. § 3931(b)(1).  Here, Plaintiff has attached an affidavit to the Motion stating that "Defendant is not an active duty Servicemembers and to the best of Plaintiff's knowledge he's

---

[1] 50 U.S.C. § 3931 was formerly cited as 50 U.S.C. App. § 521.

never served in any of the U.S. military branches." Doc. 28-1 (the Affidavit) at ¶ 6. The Court finds that the Affidavit fails to strictly comply with the requirements of the SCRA because Plaintiff does not provide necessary facts to support the statement in the Affidavit, nor does Plaintiff state that she is unable to determine whether or not Defendant is in military service. *See id.*

Accordingly, it is **ORDERED** that the Motion (Doc. 28) is **DENIED without prejudice**. **On or before December 29, 2020, Plaintiff may file a renewed motion for clerk's default with an affidavit that (1) states whether Defendant is in military service *and* shows necessary facts to support the affidavit; or (2) states that Plaintiff is unable to determine whether or not Defendant is in military service.**

**ORDERED** in Orlando, Florida on December 15, 2020.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties