FILED

UNITED STATES DISTRICT COURT   2020 DEC 16 AM 9: 45
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION                 US DISTRICT COURT
                                 MIDDLE DISTRICT OF FLORIDA
                                 ORLANDO, FLORIDA

RAYON PAYNE,
      Plaintiff

V.                                      CASE NO: 6:20-cv-1306-Orl-40DCI

JERMAINE CARLOS DIAZ
      Defendant
_____/

## PLAINTIFF'S RENEWED MOTION FOR DEFAULT BY CLERK

COMES NOW Rayon Payne, Plaintiff request(s) that the clerk of court enter default

against Jermain Carlos Diaz, Defendant pursuant to Federal Rule of Civil Procedure 55(a). In

support of this request Plaintiff relies upon the record in this case and the affidavit submitted

herein.

Date: 12/16/ 2020                    RAYON PAYNE, PRO SE
                                     /s/ Rayon Payne

                                     _____
                                     8815 Conroy Windermere Rd
                                     Ste. #208
                                     Orlando Florida 32835
                                     Tel: 863-485-0550
                                     Email: info@folksalert.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**   I hereby  certify  that  a  true  and  correct  copy  of  the

foregoing  was  served by U.S. Mail on 16 day of December, 2020 to Jermaine Carlos Diaz at

5501 Regency Dr, Sugar Land, TX 77479-4108, Emails younglaceincorporated@gmail.com and

lace@moneytoblowmusicgroup.com.

                                     RAYON PAYNE, PRO SE
                                     /s/ Rayon Payne

1