FILED

UNITED STATES DISTRICT COURT  2020 DEC 16  AM 9:45
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

RAYON PAYNE,
      Plaintiff

V.

CASE NO: 6:20-cv-1306-Orl-40DCI

JERMAINE CARLOS DIAZ
      Defendant

_____/

## SERVICEMEMBERS CIVIL RELIEF ACT AFFIDAVIT

I, Rayon Payne, certify and declare as follows:

1. This affidavit is made pursuant to the Servicemembers Civil Relief Act. See 50 U.S.C. app. § 521.

2. I am the Plaintiff in the above-captioned matter.

3. I have personal knowledge that the Defendant named above is **not** in military service.

4. The following facts support the above statement;

    a. The Defendant has filed a civil Case #2019-CA-008025-O in the Ninth Judicial Circuit, where I'm Defendant has appeared a number of times the most recently was on August 24, 2020, to contest my motion for Summary Judgment.

    b. The Defendant is convinced Sex Offender and plead guilty on January 16, 2008, in U.S. District Court, Southern District of Texas, to Failure to register as a sex offender, and affirmed on appeal. I've attached a certified copy. See exhibit (1).

    c. The Defendant currently lives in Texas and on December 15, 2020, I did a public search of the Texas Department of Public Safety ("TXDPS"). Searched the Defendant's name Jermain Diaz and the following information show that the

1

Defendant is a lifetime offender, he's required to report annually, and he did so on 11/4/2020. See exhibit (2).

5. I verify that the statements herein are true and correct to the best of my knowledge, information and belief.

Date: 12/16/20

Respectfully submitted,
RAYON PAYNE, PRO SE

8815 Conroy Windermere Rd
Ste. #208
Orlando Florida 32835

Sworn to or affirmed and signed before me on 12|16|20 by _Rayon Payne_

STATE OF FLORIDA
COUNTY OF ORANGE

NOTARY PUBLIC or DEPUTY CLERK

SHANNON LAWAL
Notary Public - State of Florida
Commission # GG 942342
My comm. expires May 25, 2023

Stamp commissioned name of notary

Personally Known _____
Produced Identification __X__
Type of Identification Produced _FLDL_

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail on 16 day of December, 2020 to Jermaine Carlos Diaz at 5501 Regency Dr, Sugar Land, TX 77479-4108 and younglaceincorporated@gmail.com and lace@moneytoblowmusicgroup.com.

RAYON PAYNE, PRO SE

2

# Exhibit (1)

Case 4:07-cr-00488 Document 46 Filed on 04/07/09 in TXSD Page 1

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
March 11, 2009

No. 08-20259
Summary Calendar

Charles R. Fulbruge III
Clerk

D.C. Docket No. 4:07-CR-488-ALL

UNITED STATES OF AMERICA,

Plaintiff - Appellee

versus

JERMAINE CARLOS DIAZ,

Defendant - Appellant

Appeal from the United States District Court for the Southern District of Texas at Houston

Before KING, DENNIS, and OWEN, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: APR 02 2009

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

New Orleans, Louisiana APR 02 2009

TRUE COPY I CERTIFY ATTEST:
DAVID J. BRADLEY, Clerk of Court

By_____ 10/30/2019
Deputy Clerk

# Exhibit (2)




# Texas Public Sex Offender Registry

Printed: 12/15/2020 6:05:36 PM

# DIAZ,JERMAINE CARLOS

| | |
|---|---|
| **SID** | 07454232 |
| **Risk Level** | NOT REPORTED |
| **Ending Registration Date (Projected)** | LIFETIME |
| **Verification Requirement** | ANNUALLY |
| **Sex** | Male |
| **Race** | Black |
| **Ethnicity** | Non-Hispanic |
| **Height** | 5'10" |
| **Weight** | 180 lbs |
| **Hair Color** | BLACK |
| **Eye Color** | BROWN |
| **Shoe Size** | 09.0 |
| **Shoe Width** | D |



Photo Reported
11/04/2020

## Name(s)

DIAZ,JERMAINE CARLOS (PRIMARY)

DIAZ,CARLOS J

DIAZ,CARLOS

DIAZ,JERMAINE

DIAZ,JERMAINE LARCUS

# Birth Date(s)

10/15/1983 (PRIMARY)

# Notices

DPS Cannot guarantee the records you obtain through this site relate to the person about whom you are seeking information. Searches based on names, dates of birth and other alphanumeric identifiers are not always accurate. The only way to positively link someone to a criminal record is through fingerprint verification.

The registry contains information as reported by the law enforcement agency that served as the offender's last Texas registration authority. Registrants who leave the state will have their last reported state/country of intended residence reflected in the address portion of their record. Registration information will remain on the web site until the duty to register has expired or other relief allowed by statute is granted. (Art. 62.101 and 62.251 Tx CCP)

| Date | Event Type | Agency |
|------|-----------|--------|
| 11/04/2020 | Verification | FORT BEND CO SO RICHMOND |
| 12/08/2004 | Registration | HOUSTON POLICE DEPARTMENT |

# Reported Information

| Address | (TEXAS RESIDENT)<br>5634 JAY THRUSH DR<br>RICHMOND TX 77407 |
|---------|------|

# Offense: SEXUAL ASSAULT IN THE FOURTH DEGREE/INTERCOURSE OR DEVIATE SEXUAL ACTIVITY

| Statute | ARKANSAS CODE 5-14-127(a)(1)(A) |
|---------|------|
| Victim Sex | Female |
| Victim Age | 15 |

AO 245B   (Rev. 08/05) Judgment in a Criminal Case
Sheet 1

# United States District Court
## Southern District of Texas
### Holding Session in Houston

| United States of America | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | |
| **JERMAINE CARLOS DIAZ** | |

CASE NUMBER: **4:07CR00488-001**

USM NUMBER: 06060-010

Kent A. Schaffer
Defendant's Attorney

☐   See Additional Aliases.

**THE DEFENDANT:**

☒   pleaded guilty to count(s)   1 on January 16, 2008

☐   pleaded nolo contendere to count(s)
which was accepted by the court.

☐   was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2250(a) | Failure to register as a sex offender | 10/12/2007 | 1 |

☐   See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on count(s)

☐   Count(s) _____   ☐ is ☐ are  dismissed on the motion of the   United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 14, 2008
Date of Imposition of Judgment

Signature of Judge

**DAVID HITTNER**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

4/24/08
Date

TRUE COPY I CERTIFY ATTEST:
DAVID J. BRADLEY, Clerk of Court

By_____ 10/30/2019
Deputy Clerk

GW  | GW

AO 245B    (Rev. 08/05) Judgment in a Criminal Case
           Sheet 2 -- Imprisonment

DEFENDANT:  JERMAINE CARLOS DIAZ
CASE NUMBER:  4:07CR00488-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a

total term of _____ 18 months _____

This term consists of EIGHTEEN (18) MONTHS, as to Count 1 to run consecutive to any undischarged state sentence.

☐  See Additional Imprisonment Terms.

☒  The court makes the following recommendations to the Bureau of Prisons:
    The defendant be designated to a facility as close to Houston, Texas, as possible.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m. ☐ p.m.   on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 08/05) Judgment in a Criminal Case
           Sheet 3 -- Supervised Release

DEFENDANT:   **JERMAINE CARLOS DIAZ**
CASE NUMBER:   **4:07CR00488-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  <u>life.</u>
    This term consists of LIFE as to Count 1.

☐   See Additional Supervised Release Terms.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

    ☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☒   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒   See Special Conditions of Supervision.

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 08/05) Judgment in a Criminal Case
           Sheet 3C – Supervised Release

Judgment -- Page 4 of 6

DEFENDANT:    JERMAINE CARLOS DIAZ
CASE NUMBER:    4:07CR00488-001

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall report the address where the defendant will reside and any subsequent change of residence to the probation officer responsible for supervision and the defendant shall register with the sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, as directed by the probation officer. The probation officer will provide the state officials with any and all information required by the state sex offender registration agency and may direct the defendant to report to that agency personally for additional processing such as photographing and fingerprinting.

The defendant shall participate in a mental health treatment program and/or sex offender treatment program provided by a Registered Sex Offender Treatment Provider, as approved by the United States Probation Officer, which may include but not be limited to group and/or individual counseling sessions, Abel Screen, polygraph testing and/or psycho-physiological testing to assist in treatment and case monitoring administered by the sex offender contractor or designee. Further, the defendant shall participate as instructed and shall abide by all policies abd procedures of the sex offender program, until such time as the defendant is released from the program as approved by the United States Probation Officer. The defendant will incur costs associated with such sex offender treatment program and testing, based on ability to pay as determined by the United States Probation Officer. The defendant shall waive his/her right of confidentiality in any records for mental health treatment imposed as a consequence of this judgment to allow the supervising United States Probation Officer to review the defendant's course of treatment and progress with the treatment provider. The Court authorizes the probation officer to provide a summary of the offense conduct, criminal history and pertinent social history from the presentence report upon request by the treatment provider.

The defendant shall not reside, work, access, or loiter within 100 feet of school yards, parks, playgrounds, arcades, or other places primarily used by children under the age of 18, or where children may frequently congregate, unless approved in writing by the United States Probation Officer.

The defendant shall not seek or maintain employment, supervise, volunteer, or participate in any program and/or activity where minors under the age of 18 would congregate, without prior written approval of the United States Probation Officer. This would include athletic, religious, volunteer, civic, or cultural activities designed for minors under the age of 18.

The defendant shall not date or cohabitate with anyone who has children under the age of 18, unless approved in advance in writing by the United States Probation Officer.

AO 245B (Rev. 08/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 6

DEFENDANT: **JERMAINE CARLOS DIAZ**
CASE NUMBER: **4:07CR00488-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $100 |  |  |

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |

☐ See Additional Restitution Payees.

| **TOTALS** | $ 0.00 | $ 0.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 08/05) Judgment in a Criminal Case
Sheet 6 -- Schedule of Payments

Judgment -- Page 6 of 6

DEFENDANT:   **JERMAINE CARLOS DIAZ**
CASE NUMBER:   **4:07CR00488-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☒ Lump sum payment of $ __100__ due immediately, balance due

     ☐ not later than _____, or
     ☒ in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ installments of $ _____ over a period of _____ , to commence _____ days
after the date of this judgment; or

D ☐ Payment in equal _____ installments of $ _____ over a period of _____ , to commence _____ days
after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court
will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:
Make all payments payable to: U.S. District Clerk, Attn: Finance, P.O. Box 61010, Houston, TX 77208.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial
Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐ See Additional Defendants and Co-Defendants Held Joint and Several.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.