**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAYON PAYNE,**

    **Plaintiff,**

**v.**            **Case No:  6:20-cv-1306-Orl-40DCI**

**JERMAINE CARLOS DIAZ,**

    **Defendant.**

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **JERMAINE CARLOS DIAZ** in Orlando, Florida on the 16th day of December, 2020.

        ELIZABETH M. WARREN, CLERK

         s/RO, Deputy Clerk

Copies furnished to:

Counsel of Record