FILED

2020 DEC 17 AM 9: 41

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO. FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYON PAYNE,
Plaintiff

V.                                                    CASE NO: 6:20-cv-1306-Orl-40DCI

JERMAINE CARLOS DIAZ
Defendant
_____/

## DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT FINAL JUDGMENT AGAINST DEFENDANT JERMAINE CARLOS DIAZ

I, Rayon Payne known as Keko host of the Folksalert podcast and, declare as follows:

1. I am the owner of Folksalert and operate the blogging, Podcast, Album, and publish Folksalert content to social media and streaming platforms. I make this Declaration from personal knowledge, and if called to testify, I could and would testify competently thereto.

2. As stated in my complaint this matter involves multiple takedown notices to Youtube, two to iTunes, one to Spotify and one to CD Baby, from Defendant Jermaine Carlos Diaz;

3. All of the takedown notices issued by Defendant to the platforms required that Plaintiff filed a response and Defendant answer. In all of Defendant's response he claimed his rights were violated and defamation.

4. I can estimate the value of the damage based on my current employment wage, and the damages caused by Defendant's fraudulent takedown notice by calculating the proportion from my loss from work time spent on these issues.

1

5. I do not have a staff or a legal assistance to deal with Defendant fraudulent notice, I actually corresponded with all the platforms myself, did my own legal research as well communicated with Defendant directly to retract his takedown notices;

6. After receiving Diaz's fraudulent notices, I spent approximately 672 hours reviewing the overall DMCA process for each takedown, 168 hours to file the appropriate response to all the takedown, 96 hours overall responding to the respected platforms, and 16 hours overall responding to Defendant and his representatives;

7. My full time salary as Maintenance Tech for PSDM is $18.00 per hour.

8. Therefore, I estimate my damage as a result of the loss of my time at $17,136 (based on 952 hours at a hourly rate of $18.00);

9. Plaintiff seeks to recover $2,500 per violation for each takedown notice which was (1) Spotify, (3) iTunes and (7) Youtube. The total violation is $17,500.

10. In addition to the legal issues, research, and time my time expended on these meritless DMCA notices, Plaintiff seeks monetary relief under the DMCA for Defendant as a repeat offender three times the amount of the damages for filing multiple fraudulent take down notices. Defendant signed all of these notices under penalty of perjury knowingly and intentionally and needs to be punished for his action by imposing $52,500.

11. Also as a result of Diaz's meritless takedown notice, which forced Youtube, iTunes, CD Baby, and Spotify to remove perfectly lawful content from their platform under threat of losing DMCA safe harbor protection, Plaintiff has suffered damage to his reputation because Youtube had restrict its users to access Plaintiff's content for any lawful purpose.

2

12. Plaintiff prides and reputation has been damage, because he's known for providing Folksalert fans with content which is informative in the lifestyle of human trafficking. Plaintiff also works hard to advance and uphold its reputation as defenders of free speech online.

13. Plaintiff request the court enter a Declaratory Judgment, pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202 and the Copyright Act 17 U.S.C. §§ 101, *et seq.*, that Plaintiff's use of any copyrighted works on the Album, Podcast, Documentary, Folksalert youtube channel is fair use.

14. Plaintiff seeks to recover cost in bringing this suit and therefore, in total, I estimate my damages to be as follows:

| Damage | Value |
|---|---|
| Plaintiff Loss Time | $17,136 |
| Damages per violations | $17,500 |
| Monetary Damages (Repeat Offender) | $52,500 |
| Plaintiff Cost (Filing and Process Servers) | $800 |
| **Total** | **$87,936** |

Date: 12/ 17/ 2020

Respectfully submitted,
RAYON PAYNE, PRO SE

8815 Conroy Windermere Rd
Ste. #208
Orlando Florida 32835

Sworn to or affirmed and signed before me on 12/17/2020 by Rayon Payne.

STATE OF FLORIDA
COUNTY OF ORANGE

NOTARY PUBLIC or DEPUTY
CLERK

CESAR BENITEZ III
Notary Public - State of Florida
Commission # GG 248517
My Comm. Expires Aug 14, 2022

Stamp commissioned name of notary

Personally Known _____
Produced Identification _X_
Type of Identification Produced _Drive license_

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail on 17 day of December, 2020 to Jermaine Carlos Diaz at 5501 Regency Dr, Sugar Land, TX 77479-4108 and younglaceincorporated@gmail.com and lace@moneytoblowmusicgroup.com.

RAYON PAYNE, PRO SE
/s/ Rayon Payne