UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYON PAYNE,
    Plaintiff

V.                                   CASE NO: 6:20-cv-1306-Orl-40DCI

JERMAINE CARLOS DIAZ
    Defendant
_____/

**PLAINTIFF'S RENEWED MOTION FOR**
**ENTRY OF DEFAULT FINAL JUDGMENT**

    COMES NOW Rayon Payne, Plaintiff, in the above cause files his renewed motion, with this Court for entry of a Default Final Judgment against Defendant Jermaine Carlos Diaz, on all counts in the complaint, in accordance with the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, and in support thereof shows the Court the following.

1. On July 23, 2020, the Plaintiff filed in the United States District Court, Middle District of Florida, Orlando Division, a Complaint alleging abuse of the copyright law by defendant Declaratory Relief Fair Use, DMCA violation of 17 U.S.C. § 512(F) Misrepresentation, and Intentional Interference with Contractual Relations. A copy of said Complaint is attached hereto as Attachment (1) and is incorporated herein by reference.

2. Jurisdiction of the subject matter is based on 28 U.S.C. §§ 1331 and 1338, and the Declaratory Judgment Act, 28 U.S.C. § 2201.

3. This court has personal jurisdiction of the subject matter and jurisdiction over Defendant under Fla. Stat. § 48.193 (2017), personal jurisdiction is based on the Defendant having sufficient minimum contacts in Florida. Defendant conducts business in Florida and has

committed a Tort in this state which subject him to personal jurisdiction. On June 28, 2019, Defendant filed a civil suit against Plaintiff in the Ninth Judicial Circuit in Orange County, Florida., Case #2019-CA-008025-O as well petition the court for a protective order in case #2019-DR-015895-O. The due process requirement is met in this case.

4. This is an action based on copyright abuse, statutory damages, and for an order of a Declaratory relief against Defendant.

5. On November 19, 2020, a copy of said Complaint and a Summons in this Civil Action were served by Praetorian Protective Service Corp. upon Terrance Jarrett, the nephew of Defendant , at Mr. Diaz place of residence, 5501 Regency Dr, Sugar Land, TX 77479. A copy of the Affidavit of Service Return and Summons is attached hereto as Attachment (2) and is incorporated herein by reference.

6. On December 11, 2020, after more than (21) twenty days, had elapsed since the service of said Complaint and Summons upon Defendant, and no Answer thereto having been served by Defendant upon Plaintiff, the Plaintiff petition this Court for entry of a default judgment against Defendant. A copy of said motion is attached hereto as Attachment (3) and is incorporated herein by reference. No response to said motion has been received by Plaintiff.

7. Defendant has failed to plead or otherwise defend this action, and the clerk entered default against Defendant. A copy of said motion is attached hereto as Attachment (4) and is incorporated herein by reference.

8. Pursuant to the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, this Court is empowered to enter a default final judgment against the Defendant for relief sought by Plaintiff in his complaint, and written notice of this action has been given to Defendant.

9. Also the Defendant sent eleven copyright takedowns under penalty of perjury knowing with the sole intent of suppressing Plaintiff's content from public display. Defendant conduct was intentional and criminal and therefore Plaintiff requested the court impose criminal penalties for violating the DMCA as a repeat offender sending eleven takedown requests to iTunes, Spotify, and Youtube.

## **PRAYER**

WHEREFORE, Plaintiff prays that this Court enter a default final judgment against Defendant, maximum statutory damages under 17 U.S.C. 1203 (c) (3)(B), costs, impose criminal penalties for violations of DMCA. Plaintiff is filing his Memorandum, and Declaration contemporaneously with this motion.

Date: 1/ 25/ 2021                                    RAYON PAYNE, PRO SE

/s/ Rayon Payne

8815 Conroy Windermere Rd
Ste. #208
Orlando Florida 32835
Tel: 863-485-0550
Email: info@folksalert.com

# Attachment (1)

**RAYON PAYNE, Pro Se**
8815 Conroy Windermere Rd, Suite 208
Orlando, Florida 32835
Tel: 863-485-0550
Email: info@folksalert.com

FILED

2020 JUL 23 PM 1:42

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA

RAYON PAYNE,
Orlando, Fl,
      Plaintiffs,

V.

JERMAINE CARLOS DIAZ,


      Defendant,

_____/

**CASE No.** 6:20-cv 1306-ORL-10X1

COMPLAINT) FOR:
1. DECLARATORY RELIEF – Fair Use;
2. 17 U.S.C. § 512(F) MISREPRESENTATION; *and*
3. INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS

Plaintiff RAYON PAYNE. ("Plaintiff"), Pro Se, hereby files his Complaint against JERMAINE

CARLOS DIAZ ("Defendant"), and in support thereof, states as follows:

### NATURE OF ACTION

1. This action arises out of Defendant unlawful efforts to censor free speech through the intentional misuse of the copyright law.

2. Plaintiff produced and owns the rights to the album "Gorilla Exploratory" (Album), the Folksalert Podcast (Podcast) and "The Blue Print - A Dangerous Sex Offender (Young Lace) (Documentary).

3. Defendant has suppressed the Album, Podcast and Documentary trailer by serving bad faith and misleading takedown notices to iTunes® Spotify® and Youtube®, unlawfully

1

demanding that the platforms cease exhibiting the Album, Podcast, and Documentary Trailers.

4.  Coerced by Defendant baseless blanket threats of liability, CD Baby has discontinued distribution to streaming outlets such as iTunes, Amazon, Spotify, YouTube Music, Apple Music, Google Play, Napster, 8tracks, Deezer, TIDAL, iHeartRadio, Pandora, and many others who have removed the Album from their platforms as a matter of course.

5.  Defendant served these baseless takedown notices under the guise of alleged copyright infringement "Rights Dispute" because the Album has a track title "Young Lace Sex Offender".

6.  However, as Defendant is well aware, Plaintiff's use of title "Young Lace Sex Offender" illustrate points and commentary on the Album and clearly falls within the parameters of the fair use laws and constituted fair use.

7.  Defendant served these baseless takedown notices under the guise of alleged copyright infringement "Rights Dispute" to iTunes to remove the Folksalert Podcast episodes because he disagrees with the titles or its content.

8.  Defendant served these baseless takedown notices under the guise of alleged copyright infringement to Youtube where he's filed multiple DMCA claiming "Copyright Infringement" to which he signed his name "UNDER PENALTY OF PERJURY" and after being rejected repeatedly Defendant still continued to file these baseless claims.

9.  In reality Defendant actual motivation in sending these takedown notices was not because his rights violation claims of copyright infringement "Rights Dispute" but rather, Defendant intentionally misused the takedown process to silence and suppress viewpoints

2

and speech on the Album, Podcast, and Documentary which Defendant clearly disagree with.

10. As Defendant singular intention in reflexively dispatching the takedown notices was to suppress Plaintiff's expressive activities in distributing his content to the public, Defendant did not undertake the requisite good faith inquiry into whether Plaintiff's content on his Album, Podcast, and Documentary constituted fair use prior to serving the takedown notices.

11. Aware that he did not conduct or intend to conduct the requisite fair use analysis before serving the takedown notices, Defendant takedown notices were served in bad-faith and solely to cause iTunes®, Spotify® and Youtube® to remove Plaintiff's content from public exhibition for purposes of suppressing Plaintiff's free speech.

12. Defendant multiply misuse of copyright law to subvert free speech has effectively removed the Album, Podcast, and Documentary trailer from meaningful public exhibition and temporarily removed Plaintiff's content from some platforms some are removed permanently from others causing substantial harm and damage to Plaintiff while further interfering with Plaintiff's right to display his work.

13. Plaintiff brings this action to clarify the rights of the parties and to refute the Defendant's assertion of copyright infringement "Rights Dispute and Copyright Infringement".

## PARTIES

14. Plaintiff Rayon Payne is the owner of Folksalert.com, Folksalert App, host of the Folksalert Podcast available on iTunes®, Spotify®, iHeartradio®, Google Play®, Tunein®. He has released two albums "Gorilla Pimping" and "Gorilla Exploratory", and

is executive producer of the soon to be release documentary "The Blue Print - A Dangerous Sex (Young Lace)". The Plaintiff has a large following on many social media platforms under the name Folksalert and is widely known as Keko. He resides in Orlando, Florida, Orange County.

15. Defendant Jermaine Carlos Diaz is a natural person and resides at 2827 Monarch Crossing, Missouri City TX 77459, in Fort Bend County, Texas.

16. On information and belief, Jermaine Carlos Diaz claims to be authorized to enforce the copyright takedown.

## JURISDICTION AND VENUE

17. This action arises under the copyright laws of the United States, 17 U.S.C. §§ 101 *et seq.*, and Title II of the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512.

18. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331 and 1338, and the Declaratory Judgment Act, 28 U.S.C. § 2201.

19. This Court has personal jurisdiction over Defendant who intentionally caused harm to Plaintiff in Orlando, Florida, issued its copyright threat to Plaintiff in Florida, and, on information and belief, conducts regular business in Florida.

20. Defendant has brought a civil suit against Plaintiff in The Ninth Judicial Circuit in and for Orange County, Florida in Case No.2019-CA-8025, given him direct connections and personal interest in Florida.

21. Venue for this action is proper under 28 U.S.C. §1391(b)(2).

## FACTUAL ALLEGATIONS

22. Plaintiff has been involved in media and radio broadcasting in the Orlando, Florida area since 1998.

23. In 2007 the Plaintiff founded the blog Folksalert which covered news and interviews related to Human Trafficking and lifstyle of Pimps and Prostitution.

24. It was this long history with media lead the Plaintiff focus on the subject of the Pimp subculture so he developed Folksalert.com later the Folksalert App and established a presence on social media platforms. The Folksalert Podcast is distributed by SoundCloud® to all major podcast platforms such as iTunes®, Spotify®, iheartradio®, Google Play® as well the Folksalert App just to name a few.

25. In late 2018 Plaintiff start working on the documentary "The Blue Print - A Dangerous Sex Offender (Young Lace)" which is base on the Defendant Human Trafficking activities as known Pimp and who was the youngest person charged with sex trafficking a minor for which he was later convicted and requried to registed as a sex offender for life. The Plaintiff has released a few trailers of the documentary in early 2019 via the Folksalert Youtube channel .

26. In or around the early part of 2019 Plaintiff developed, produced and released two Albums "Gorilla Pimping" and "Gorilla Exploratory" which are distributed by CD Baby® to streaming platforms such as iTunes®, Spotify®, iheartradio®, Google Play® and others. The Albums contain all original work which is a composition of exclusive interviews which the Plaintiff conducted and a mixture of music from recording artists who have all granted Plaintiff permission to use their music.

5

27. In or around May 5, 2019, the Album "Gorilla Exploratory" was publicly released on iTunes® and other streaming platforms.

28. Upon information and belief in or around June 27, 2019, Defendant Diaz served takedown notices and related legal demands to iTunes® demanding that the platform immediately remove the Album from exhibition under the guise of copyright infringement. iTunes® subsequently forward the notice to CD Baby® which was later sent to Plaintiff to respond to Defendant before July 3, 2019. see attached exhibit #1

29. Plaintiff send an email to Defendant on June 29, 2019, demanding he retract his claim or face legal actions and Defendant responded via email on July 3, 2019, see attached exhibit #2.

30. Defendant served the takedown notice despite his knowledge that the use of title "Young Lace Sex Offender" interview was non-infringing on his rights.

31. Defendant failed to consider in good faith the issue of fair use. Indeed, it appears Defendant took deliberate actions to avoid learning that the title track 'Young Lace Sex Offender" is an interview which falls within commentary or criticism constituted paradigmatic forms of transformative fair use. And beside Defendant does not have any legal copyright to the content on the Album.

32. Upon information and belief on or around July 2, 2019, Defendant served another takedown notices and related legal demands to iTunes® demanding that the platform immediately remove the Podcast from exhibition under the guise of copyright infringement "Rights Dispute". iTunes® subsequently forward the notice to Plaintiff to respond by July 9, 2019. Plaintiff to respond to Defendant on July 2, 2019. On July 10,

2019, Apple sent a request to Defendant to respond or the matter will be closed. Defendant did not respond and the issue was closed with respect to Defendant second takedown notice copyright infringement "Rights Dispute" about content on the Podcast. See attached exhibit #3.

33. Defendant also submitted four copyright takedowns to Youtube® between September 20, 2019 and September 23, 2019. And over the course of several months Youtube® suspended Plaintiff's account upon investigation and later reactivated Plaintiff's account after completing their investigation. See attached exhibit #4.

34. Plaintiff on or around early January 2020, again continued to file more copyright takedown to Youtube® which was again rejected. See attached exhibit #5.

35. On January 17, 2020, Spotify contacted Defendant that a Takedown request issued by and the content was removed pending an investigation. See attached exhibit #6.

36. Plaintiff responded to Defendant the same day as instructed by Spotify at the email provided and Plaintiff responded back. See attached exhibit #7.

37. In sum with respect to the first takedown of Plaintiff's Album and the others to the Podcast and Documentary trailers, Defendant did not conduct the requisite good faith analysis of the fair use issues here before serving the Takedown Requests. Indeed, it is unclear from the Takedown Notice as to whether Defendant had even listened to the Album, Podcast or watched the Documentary trailer's prior to issuing the wrongful Takedown Notice. If Defendant had listened and watched the content in question, he could not have formed a subjective good faith belief that the contents, subject matter constitutes copyright infringement.

38. This is likely because Defendant's motivation has nothing to do with purported copyright infringement "Rights Dispute", but everything to do with protecting his name Young Lace a well known Sex Trafficker and a clear attempt to suppress any commentary or criticism of him being a register Sex Offender that does not fall in line with his public image.

39. This is quintessential censorship of free speech, with Defendant's bad-faith Takedown Requests is meant to harass Plaintiff because it did not state a real claim embodying a censorious abuse of the takedown notice process.

40. In issuing these bad faith Takedown Requests for the purpose of censorship and suppression of free speech, Defendant also purposefully, and knowingly interfered with Plaintiff's relations with his distributor CDBaby®, iTunes®, Spotify®, SoundCloud®, and Youtube® thereby causing substantial harm and damage to Plaintiff.

41. Defendant has filed a meritless and frivolous civil lawsuit in the Ninth Judicial Circuit for Orange County See Case No. 2019-CA-8025. The lawsuit is a clear violation of Florida Anti-Slapp § 768.295. It is the state's "policy" for persons to "not engage in SLAPP suits because such actions are inconsistent with the right of persons to exercise their constitutional rights of free speech in connection with public issues.

42. Upon information and belief, by authorizing the Takedown Requests, Defendant affirmed under penalty of perjury that his notices of infringement were accurate and that it was authorized to make the infringement claims thereunder.

43. Upon information and belief, the iTunes® Takedown Request precisely tracked the language specified for a notice of claimed infringement under Section 512(c)(3) of the DMCA.

44. Upon information and belief, iTunes® treated the demands as a request for takedown pursuant to Section 512(c)(3) of the DMCA.

45. As a result, on or around July 1, 2019, CD Baby informed Plaintiff that they were canceling distribution of the Album not only to iTunes® and all streaming platform due to the Takedown Requests, and informed Plaintiff because they cannot be involved with or injected themselves into any disputes, they had no choice but to suspend the exhibition of the Album to streaming platforms.

46. However, based upon Defendant's bad faith, CD Baby® complied with Defendant's Takedown Requests and completely removed the Album from all streaming platforms.

47. Upon information and belief, Defendant sent the Takedown Requests based not on any good-faith belief that the Album, Podcast or Documentary actually infringed a copyright, and certainly not based on any analysis that it was not fair use, but solely out of a desire to suppress and censor plaintiff's and his content which may bring any light to him being a convicted "Sex Trafficker" and registed "Sex Offender".

48. As recently as of May 4, 2020, Defendant has issued another copyright takedown to iTunes under claim #iTS128225 stating;

> *This Podcast has posted Defamatory Recordings that are false, the Podcast has used my Name and Photo and likeness to promote this False podcast and to continue to post will cause substantial damages. I request that you cease and desist this material.*

9

49. Last also on May 4, 2020, Defendant send another copyright takedown to Youtube claiming the trailer violate his rights;

> *Video title: Young Lace Documentary Coming Summer 2020*
> *Video url: http://www.youtube.com/watch?v=l_bwRhPhp3U*
> *Takedown issued by: Jermaine Diaz*

## COUNT I
## DECLARATORY RELIEF – FAIR USE
### (17 U.S.C. §§ 101, *et seq.*)

50. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 49 as if fully set forth herein.

51. Pursuant to 28 U.S.C. § 2201 and 17 U.S.C. § 101 *et seq.*, this Court may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought. Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such.

52. **Album** - An actual controversy has arisen and now exists between Plaintiff and Defendant as to whether Plaintiff's use of the title "Young Lace Sex Offender" content on the "Gorilla Exploratory" Album constitutes fair use or violates Defendant copyright. See attached exhibit #8

53. **Album** - Plaintiff's interview audio "Young Lace Sex Offender" which is an interview with a club manager giving his opionion about the Defendant falls within the parameters of the fair use laws and therefore constitutes fair use. See Media CD Audio exhibit #9

54. **Podcast** - An actual controversy has arisen and now exists between Plaintiff and Defendant as to whether Plaintiff's use of the title "Bold Pimping - A Houston Sex

10

Trafficking Operation" and image content on the "Folksalert Podcast" Podcast constitutes fair use or violates Defendant copyright. See attached exhibit #10

55. **Podcast** - Plaintiff's interview audio "Bold Pimping - A Houston Sex Trafficking Operation" which is an interview with a former sex trafficking victim of Defendant who spoke about her personal knowledge which falls within the parameters of the fair use laws and therefore constitutes fair use. See Media CD Audio exhibit #11

56. **Documentary** - An actual controversy has arisen and now exists between Plaintiff and Defendant as to whether Plaintiff's Documentary trailer "The Blue Print - A Dangerous Sex Offender (Young Lace)" Cover Art Images and Title on Youtube content constitutes fair use or violates Defendant copyright. See Media CD Pictures exhibit #12

57. **Documentary** - Plaintiff's Documentary trailer "The Blue Print - A Dangerous Sex Offender (Young Lace)" which are video clips from a the unrelease documentary which falls within the parameters of the fair use laws and therefore constitutes fair use. See Media CD Videos exhibit #13

58. Plaintiff therefore seeks a judicial declaration and determination that Plaintiff's use did not use any copyright material owned by Defendant, which appeared on the Album, Podcast, and Documentary constitutes fair use.

59. A declaration of rights is further necessary and appropriate to enable Plaintiff to instruct his distributor CD Baby®, Youtube®, SoundCloud®, and iTunes® to resume their distribution and should not accept any Takedown Request of the content listed herein.

60. Given the facts and circumstances described above, Plaintiff's content on his Album, Podcast, and Documentary qualifies as fair within the meaning of 17 U.S.C. § 107 as a

matter of law. Accordingly, Plaintiff is entitled to a declaration that its use was fair use and non-infringing on that basis.

61. Plaintiff is entitled to an award of costs, including its attorney's fees, pursuant to 17 U.S.C. § 505.

## COUNT II
## 17 U.S.C. § 512(F) MISREPRESENTATION

62. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 61 as if fully set forth herein.

63. The content on Plaintiff's Album, Podcast, Documentary, does not infringe any copyright owned or administered by the Defendant.

64. Plaintiff's did not use any licensed materials on the Album, Podcast, Documentary, and is self-evidently non-infringing fair use under 17 U.S.C. § 107. This is in part because the Album, Podcast, Documentary, use original or content in the public domain in the context to illustrate various viewpoints.

65. Further, Plaintiff's interview on the Album, Podcast, Documentary, presents no damage to the potential market for the underlying works because there is no damage to underlying works for highly transformative uses.

66. Defendant had, or should have had, actual subjective knowledge that the contents of the Album, Podcast, Documentary, did not infringe any copyrights on the date he sent the Takedown Requests.

67. With this actual subjective knowledge, Defendant acted in bad faith when he sent the Takedown Requests, knowingly and materially misrepresenting that he had definitively concluded that the Album, Podcast, Documentary, was infringing.

68. In the alternative, Defendant should have known, if he had acted with reasonable care or diligence, or would have had no substantial doubt, had it been acting in good faith, that the Album, Podcast, Documentary, did not infringe any copyrights on the date he sent the Takedown Requests.

69. Defendant violated 17 U.S.C. § 512(f) by knowingly and materially misrepresenting that the Album, Podcast, Documentary, infringed his copyrights.

70. As a direct and proximate result of Defendant's actions, Plaintiff has been injured substantially and irreparably. Such injury includes, but is not limited to, lost revenues and profits associated with the suspension of its distribution of the Album, Podcast, Documentary, and harm to his free speech rights under the First Amendment.

## COUNT III
## INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS

71. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 70 as if fully set forth herein.

72. Plaintiff listed the Album for purchase and stream on iTunes® pursuant to valid contracts with its distributor CD Baby®, Podcast is listed on Soundcloud to be distributed via its Rss Feed pursuant to valid agreement, and Documentary trailer is available on Youtube pursuant to valid agreement.

73. Defendant knew of the existence of these contracts.

74. Defendant intentionally induced a breach or disruption of the contractual relationship by disingenuously issuing its Takedown Requests, falsely asserting that the Album, Podcast, Documentary infringed his copyrights.

75. As a result, CD Baby® has suspended their distribution to iTunes® and all other streaming platforms of the Album and, in turn, suspended making their payments to Plaintiff with respect to that Album. Youtube had suspended Plaintiff's channel which had prevented the Plaintiff from streaming live. And due to Defendant's action to iTunes and Spotify has removed the Podcast pending investigation and do to express herein Plaintiff has dialed back on doing interviews and thereby interfering with Plaintiff's rights under its contracts with its business relationships and depriving Plaintiff of the benefits of exploring business advertising interest..

76. Defendant wrongful interference with the exhibition of the Album, Podcast, Documentary, interfered with, and harmed, Plaintiff's contractual business relations.

77. Defendant's wrongful interference with the exhibition of the Album, Podcast, Documentary has caused substantial harm and damage to Plaintiff and is likely to continue to be injured as a result of Defendant's bad-faith actions.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff RAYON PAYNE. respectfully requests that this Court enter judgment in his favor and against Defendant as follows:

i.  That the Court enter a Declaratory Judgment, pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202 and the Copyright Act 17 U.S.C. §§ 101, *et seq.*, that Plaintiff's use of any copyrighted works on the Album, Podcast, and Documentary is fair use;

ii. Damages according to proof and as a repeat offender;

14

iii. For costs pursuant to 17 U.S.C. § 512(f),

other portions of the Copyright Act including Section 505, or otherwise as

allowed by law; *and*

iv. For such other and further relief as the Court deems just and proper not limited to criminal penalty.

**DATED**: ___7___ / ___23___, 2020      Respectfully submitted,

                                        /s/ Rayon Payne

                                        RAYON PAYNE, Pro Se

Exhibit 1

| | |
|---|---|
| Subject | **[CD Baby] Re: Rights Dispute at iTunes Claim: iTS114638** |
| From | CD Baby Legal <legal@cdbaby.com> |
| To | Keko <keko@gotfolks.com> |
| Date | 2019–06–29 14:09 |



##– Please type your reply above this line –##

**Dave O** (CD Baby)
Jun 29, 12:09 PM PDT

Hi Keko,

Keep in mind that pursuant to the Members Agreement you signed with us
(https://members.cdbaby.com/membercontract.aspx), your submission may be removed upon
notice of a dispute and at our sole discretion. Unfortunately, a submission is treated as a whole,
and I cannot remove just one track from the album. If we need to cancel distribution for this title,
you have the option to resubmit without the disputed track, but it would require a new submission
fee and barcode because we cannot use the same barcode for a submission that has been pulled
from distribution.

This matter will only be resolved if the claimant retracts by the deadline stated in the previous
message, 9 a.m. Pacific Time, 2 July 2019.

As I mentioned previously, to retract the claim at iTunes, the claimant, Jermaine Diaz
(Lace@lacetheblueprint.com), must email iTunes and include "iTS114638 " in the subject line to
formally retract the claim. Please ask them to copy legal@cdbaby.com on that retraction notice as
well. **That notice must be received by 2 July 2019.**

Your best option is to resolve it with them directly. Contacting iTunes will be neither effective nor
advisable. If you do so, they will contact me and alert me that you will need to resolve this directly
with the claimant.

If you have not done so, you may wish to contact the claimant, Jermaine Diaz
(Lace@lacetheblueprint.com), though I am unable to provide legal advice and urge you to consult
with an attorney.

Best regards,

Dave O.
Artist Services


**Keko**
Jun 28, 12:48 AM PDT

Please provide me the appropriate email address to contact iTunes don't worry I will resolve this.

Sent from my iPhone


**Dave O (CD Baby)**
Jun 27, 7:22 PM PDT

Hello

I just received an email from iTunes stating it received a formally lodged rights dispute from Jermaine Diaz (Lace@lacetheblueprint.com) about your submission "Gorilla Exploratory."

Below is the email I received from iTunes.

> Hello CD Baby,
>
> We've been contacted by Jermaine Diaz (Lace@lacetheblueprint.com) claiming CD Baby / Hit Media does not have the rights for the attached content: "This recording violates my rights and is misleading towards me and represents me in a bad way with lies that are false."
>
> Please review and let us know within five business days if you agree with the claim.
>
> If you fail to respond within five business days, we will remove the content on 2019-07-03. Please note that this notice is a courtesy to you as a valued content provider and that it is in iTunes' sole discretion to pull the content at any time, should we deem it appropriate.


There is a deadline set by iTunes and, in this case, it will be up to you, as the account holder, and the claimant to resolve the issue by 9 a.m. Pacific Time, 2 July 2019.

To retract the claim at iTunes, the claimant, Jermaine Diaz (Lace@lacetheblueprint.com), must email iTunes and include "iTS114638 " in the subject line to formally retract the claim. Please ask them to copy legal@cdbaby.com on that retraction notice as well. That notice must be received by 2 July 2019.

Unfortunately, we are not able to provide you with legal advice or make legal conclusions about your circumstances. We urge you to consult with an attorney. Please see this article: https://diymusician.cdbaby.com/music-rights/indie-musicians-access-legal-support/

We handle all legal matters by email and cannot discuss them over the phone.

Best regards,


Dave O.
Artist Services

Attachment(s)
Content_Condensed__iTS114638.xlsx


This email is a service from CD Baby.

# Exhibit 2

| | |
|---|---|
| Subject | **Re: Rights Dispute at iTunes Claim: iTS114638** |
| From | Carlos Diaz <lace@lacetheblueprint.com> |
| To | Keko <keko@gotfolks.com> |
| Date | 2019-07-03 04:39 |



Hello Rayon Payne/Folksalert App I respectfully decline your request that I retract my "RIGHTS DISPUTE", my statements are true and also facts if you feel these claims are false I suggest you file in whatever county or Federal court that you deem fit. iTunes has received statements of facts as well as other supported facts in this matter.
Any further communication shall be in writing via certified mail to the address listed below.

Carlos Diaz
Moneytoblowmusicgroup,LLC
1927 Johnson St.
Houston, tx 77007

On Jun 29, 2019, at 4:05 PM, Keko <keko@gotfolks.com> wrote:

Hello Jermaine Carlos Diaz Lace@lacetheblueprint.com let this email server as a formal request for you to retract your "Rights Dispute" to iTunes and copy of said retraction must be send to myself, legal@cdbaby.com and iTunes legal no later than 7/2/19 at 9AM Pacific time.

You stated
"This recording violates my rights and is misleading towards me and represents me in a bad way with lies that are false."

Sir it's unclear what rights of yours were violated now you do have the right to disagree with facts but you don't have to right to interfere with my business by way of filing bogus claims with iTunes because you don't like the interview. The recording interview was with a Houston club manager who stated that they banned from their establishment that is their sole discretion and position as a business to do because of your questionable criminal past and being a known pimp in the Houston which you yourself has openly admitted to in public. You were convicted for sex trafficking a 15 year old and subsequently you are a lifetime registered sex offender see your Texas register link here
https://records.txdps.state.tx.us/SexOffenderRegistry/Search/Rapsheet?Sid=07454232 these are undisputed facts. Now if you fail to retract your claim to iTunes by the time and date listed above I will bring legal actions against you in federal court in the middle district of Florida.

Respectfully Yours
Rayon Payne
Keko@gotfolks.com


Sent from my iPhone

# Exhibit 3

| | |
|---|---|
| Subject | **Re: iTS114888 Money To Blow Music Group,LLC** |
| From | iTunesStoreNotices <itunesstorenotices@apple.com> |
| Sender | <itunesstorenotices@apple.com> |
| To | Keko <keko@gotfolks.com> |
| Date | 2019-07-12 17:18 |



Apologies – Rayon. Thank you!

> On Jul 12, 2019, at 3:17 PM, iTunesStoreNotices <itunesstorenotices@apple.com> wrote:
>
> Hello Kiko,
>
> The claim was filed via our copyright dispute web form. Given you have responded and assert rights to the podcast, please know we will not be removing the content.
>
> Best,
> Erin
>
> iTunes Store Notices | Content & Internet Services Legal | 🍎 Apple Inc. | One Apple Park Way | Cupertino | CA | 95014
>
> The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients.  This message may be an attorney-client communication protected by privilege.  If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message.  Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems.  The use of the sender's name in this message is not intended as an electronic signature under any applicable law.  Thank you.
>
>> On Jul 11, 2019, at 4:32 AM, Keko <keko@gotfolks.com> wrote:
>>
>> Hello Erin I respectfully move to have this matter close since the party in question Money To Blow Music Group, LLC has failed to respond in the time outline by Apple. Last question when someone makes a claim it's done under DMCA copyright takedown request correct?
>>
>> Sent from my iPhone
>>
>>> On Jul 10, 2019, at 4:03 PM, iTunesStoreNotices <itunesstorenotices@apple.com> wrote:
>>>
>>> Hello Jermaine,
>>>
>>> Could you please respond to the podcaster? Otherwise, we will consider this matter closed.
>>>
>>> Thank you,
>>> Erin
>>>
>>> iTunes Store Notices | Content & Internet Services Legal | 🍎 Apple Inc. | One Apple Park Way | Cupertino | CA | 95014
>>>
>>> The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients.  This message may be an attorney-client communication protected by privilege.  If you are

not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message.  Please notify us of the transmission error by reply e–mail and delete all copies of the message and any attachment(s) from your systems.  The use of the sender's name in this message is not intended as an electronic signature under any applicable law. Thank you.

On Jul 2, 2019, at 1:54 PM, Keko <keko@gotfolks.com> wrote:

Dear Money To Blow Music Group, LLC,
Please advise what rights are being infringed on?

1) Please identify the content which is infringing on your company,
2) Please provide proof that you have a valid copyrights,

Thank you
Rayon Payne

Sent from my iPhone

On Jul 2, 2019, at 4:18 PM, iTunesStoreNotices <itunesstorenotices@apple.com> wrote:

Dear Podcaster,

We have received a notice that your podcast may be infringing the rights of Money To Blow Music Group,LLC.

Artist: Keko
Pocast Title: Folksalert
Apple ID: 1441824655
Url:
http://feeds.soundcloud.com/users/soundcloud:u sers:537111150/sounds.rss

Please contact the complainant (Cc'd on this message) regarding this matter.

If you fail to respond within five business days, we will remove the content on 2019–07–09. Please note that it is in iTunes' sole discretion to pull the content at any time, should we deem it appropriate.

Best,
Erin

iTunes Store Notices I Content & Internet Services Legal I 
Apple Inc. I One Apple Park Way I Cupertino I CA I 95014

The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients.  This message may be an attorney-client communication protected by privilege.  If you are not

the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems. The use of the sender's name in this message is not intended as an electronic signature under any applicable law. Thank you.

# Exhibit 4

Your counter notification has been submitted.

Skip navigation

## Copyright

This video is no longer available due to a copyright claim by Jermaine Diaz.

Sorry about that.

### Your video has been taken down.

A claimant sent us a legal notice about their copyrighted content in your video. As a result, your video has been removed from YouTube.

| VIEWING RESTRICTIONS | Video taken down |
|---|---|
| ACCOUNT STANDING | Copyright strike received |

Learn more about ways to resolve copyright strikes.

## Details

| CONTENT | CLAIMANT | POLICY | |
|---|---|---|---|
| | | | Request retraction |
| | | | Strike expires: Sep 23, 2019 |
| Manually detected | Jermaine Diaz<br>lace@lacetheblueprint.com | Video taken down | Counter notification awaiting review |

Language: English ▼     Location: United States ▼     Restricted Mode: Off ▼     History     Help

About   Press   Copyright   Creators   Advertise   Developers

Terms   Privacy   Policy & Safety   Send feedback   Test new features

YouTube
6/24/19, 7:18 PM

Copyright

## YouTube Investigating A Young Lace Copyright Takedown

This video is no longer available due to a copyright claim by Young Lace

Sorry about that

**Your video has been taken down.**

A claimant sent us a legal notice about their copyrighted content in your video. As a result, your video has been removed from YouTube.

| VIEWING RESTRICTIONS | Video taken down |
|---|---|
| ACCOUNT STANDING | Copyright strike received |

Learn more about ways to resolve copyright strikes.

### Details

| **CONTENT** | **CLAIMANT** | **POLICY** | |
|---|---|---|---|
| | | | Request retraction |
| | | | Strike expires: Sep 22, 2019 |
| Manually detected | Young Lace<br>lace@lacetheblueprint.com | Video taken down | Counter notification awaiting review |

Language: English ▼   Location: United States ▼   Restricted Mode: Off ▼   History   Help

About   Press   Copyright   Creators   Advertise   Developers
Terms   Privacy   Policy & Safety   Send feedback   Test new features

Skip navigation

Copyright

This video is no longer available due to a copyright claim by Young Lace

Sorry about that.

## Your video has been taken down.

A claimant sent us a legal notice about their copyrighted content in your video. As a result, your video has been removed from YouTube.

| VIEWING RESTRICTIONS | Video taken down |
| --- | --- |
| ACCOUNT STANDING | Copyright strike received |

Learn more about ways to resolve copyright strikes.

## Details

| CONTENT | CLAIMANT | POLICY | |
| --- | --- | --- | --- |
| | | | Request retraction |
| Manually detected | Young Lace<br>lace@lacetheblueprint.com | Video taken down | Strike expires: Sep 22, 2019<br>Counter notification awaiting review |

Language: English ▼    Location: United States ▼    Restricted Mode: Off ▼    History    Help

About    Press    Copyright    Creators    Advertise    Developers
Terms    Privacy    Policy & Safety    Send feedback    Test new features

YouTube

6/23/19, 8:39 PM

Copyright

## Young Lace Went From Putting A Bag On Keko Head To Lawsuit

This video is no longer available due to a copyright claim by Lace The Blue Print

Sorry about that.

### Your video has been taken down.

A claimant sent us a legal notice about their copyrighted content in your video. As a result, your video has been removed from YouTube.

| VIEWING RESTRICTIONS | Video taken down |
|---|---|
| ACCOUNT STANDING | Copyright strike received |

Learn more about ways to resolve copyright strikes.

## Details

| CONTENT | CLAIMANT | POLICY | |
|---|---|---|---|
| | | | Request retraction |
| Manually detected | Lace The Blue Print troya6465@gmail.com | Video taken down | Strike expires: Sep 20, 2019 Counter notification awaiting review |

Language: English ▼    Location: United States ▼    Restricted Mode: Off ▼    History    Help

**About    Press    Copyright    Creators    Advertise    Developers**
Terms    Privacy    Policy & Safety    Send feedback    Test new features

https://www.youtube.com/video_copynotice?v=M0sHlkveNQI

Page 1 of 1

6/23/19, 8:38 PM

On 6/17/19 I will have a release date for this Young Lace documentary

This video is no longer available due to a copyright claim by Troy Ave.
Sorry about that.

### Your video has been taken down.

A claimant sent us a legal notice about their copyrighted content in your video. As a result, your video has been removed from YouTube.

| VIEWING RESTRICTIONS | Video taken down |
| ACCOUNT STANDING | Copyright strike received |

Learn more about ways to resolve copyright strikes.

## Details

| **CONTENT** | **CLAIMANT** | **POLICY** | |
|---|---|---|---|
| | | | Request retraction |
| Manually detected | Troy Ave | Video taken down | Strike expires: Sep 20, 2019 |
| | troya6465@gmail.com | | Counter notification awaiting review |

*

Language: English ▼     Location: United States ▼     Restricted Mode: Off ▼     History     Help

About   Press   Copyright   Creators   Advertise   Developers
Terms   Privacy   Policy & Safety   Send feedback   Test new features

Exhibit 5

Gmail - Copyright takedown request received for your YouTube video

1/11/20, 9:54 AM



## Copyright takedown request received for your YouTube video

**YouTube Copyright** <youtube-disputes+0dkovlt59xzny07@google.com>
Reply-To: YouTube Copyright <youtube-disputes+0dkovlt59xzny07@google.com>
To: folksalertapp@gmail.com

Fri, Jan 10, 2020 at 10:17 AM

Hello,

We received the copyright infringement notification below regarding your video(s). We believe your content is protected by fair use, fair dealing, or a similar exception to copyright protection. We are writing to let you know **we do NOT plan to remove your video(s) at this time**. You have control over the availability of videos on your channel, including the ability to delete them if you choose.

https://www.youtube.com/watch?v=X5-m6DzQjcs

Please be advised it is possible the copyright owner will approach you directly to request removal or take other action.

This email is not intended as legal advice. If you are interested in more information regarding your options in this matter, you may wish to consult a qualified attorney.

Please note the complainant's physical address and phone number have been redacted from the copyright infringement notification below. This information will only be shared if you intend to file a lawsuit against the complainant. Let us know if you choose to do so.

[BEGIN COPY OF NOTICE]



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Jermaine Diaz Your Full Legal Name (Aliases, usernames or initials not accepted): Jermaine Diaz Your Title or Job Position (What is your authority to make this complaint?): Author of the original photo Username: Young Lace Email Address: lace@lacetheblueprint.com

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=X5-m6DzQjcs
Describe the work allegedly infringed: Other

- Type of copyrighted work: Instagram Photo
- Title of copyrighted work: Instagram Selfie Photo
- Additional information: Instagram Reserves users Rights to Copyrights, My Photo was taken from Instagram and uploaded to YouTube which is direct violation of my CopyRight
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is

not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jermaine Diaz

Sincerely,

— The YouTube Team

---------



Hi Young Lace,

We require a more detailed description of your copyrighted work. We won't be able to process your request until you have provided us with this information.

We encourage you to provide whatever specifics you feel will be most useful. Information such as the title of the work, the type of work, its author's name, the date of creation of the work, a copyright registration number (if the work is registered), and/or the specific timestamps at which your work appears in the video in question will greatly assist us in processing your request.

Thank you very much for your cooperation.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Jermaine Diaz
Your Full Legal Name (Aliases, usernames or initials not accepted): Jermaine Diaz
Your Title or Job Position (What is your authority to make this complaint?): Author of the original photo
Email Address: lace@lacetheblueprint.com

    URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=X5-m6DzQjcs
    Describe the work allegedly infringed: Other
         ○ Type of copyrighted work: Instagram Photo
         ○ Title of copyrighted work: Instagram Selfie Photo
         ○ Additional information: Instagram Reserves users Rights to Copyrights, My Photo was taken from Instagram and uploaded to YouTube which is direct violation of my CopyRight
         ○ Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jermaine Diaz

-------

1/11/20, 9:54 AM

lace@lacetheblueprint.com Hi,

Thank you for your response, the information that was given to you was very clear as to why I assert that I am the legal owner of the photos mentioned and they are not authorized to be used in this person's YouTube Channel
Per Facebooks policy, I own the copyright to the photos being used in this video and any further use of these photos is a direct and clear violation of my Copyright

Facebook takes intellectual property rights seriously and believes they are important to promoting expression, creativity, and innovation in our community. ... before sharing content on Facebook, please be sure you have the right to do so.... Facebook's Terms of Service do not allow people to post content that violates someone else's intellectual property, including copyright and trademark....

By reading the above policy that's accepted and agreed upon by each user it is clear my intellectual property is being violated.

Carlos Diaz
Moneytoblowmusicgroup,LLC

------------------------------------------------------------

lace@lacetheblueprint.com

Title Of Work: Private Family Pictures
Type of Work: Original Photo Uploaded to Instagram
Authors Name: Jermaine Diaz  Instagram Handle @moneytoblowmusicgroup
Date Of Creation : 06/2018

My Copyrighted images are being used during the entire video.

**Face Book has a strict policy on the infringement of other users Copyright and that policy is as follow,**

Facebook takes intellectual property rights seriously and believes they are important to promoting expression, creativity, and innovation in our community. ... before sharing content on Facebook, please be sure you have the right to do so.... Facebook's Terms of Service do not allow people to post content that violates someone else's intellectual property, including copyright and trademark.

**These Pictures are Pictures I took personally and uploaded to Instagram with good faith my intellectual property would not be violated.**

Carlos Diaz
Moneytoblowmusicgroup,LLC

-------------------------------------------------------------------------------



Hi Young Lace,

We are very concerned that your copyright notification may not be valid for some or all of the videos identified in your notification. Please keep in mind that in many countries, it is legal to use copyrighted works in specific ways without the owner's authorization, particularly for transformative purposes such as news reporting, parody, commentary, or review.

Some countries protect such uses under doctrines of "fair use" or "fair dealing," while others allow for specific exceptions to copyright protection.

Learn more about fair use in the United States.

If you still believe your copyright is infringed by the YouTube video(s) identified in your notification, please explain in detail why you think so. We ask that you provide more detail than was included in your initial notice. Here are questions you may wish to consider:

How much of your copyrighted work is used? How is the market for your original work affected by this use? Does this use significantly transform your original work, or does it serve the same purpose? Does this use fall into an exception to copyright protection? Please note that we may share your response with the uploader(s).

Thank you very much for your cooperation.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Jermaine Diaz
Your Full Legal Name (Aliases, usernames or initials not accepted): Jermaine Diaz
Your Title or Job Position (What is your authority to make this complaint?): Author of the original photo
Username: Young Lace
Email Address: lace@lacetheblueprint.com

> URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=X5-m6DzQjcs
> Describe the work allegedly infringed: Other
>   o Type of copyrighted work: Instagram Photo
>   o Title of copyrighted work: Instagram Selfie Photo
>   o Additional information: Instagram Reserves users Rights to Copyrights, My Photo was taken from Instagram and uploaded to YouTube which is direct violation of my CopyRight
>   o Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jermaine Diaz

----------------------------------------------

lace@lacetheblueprint.com Hi,

Thank You for Your Concerns and response.

My copyright is being violated in a number of ways, one, I did not authorize the use of my original photos in this video that were protected under Instagram and Facebooks privacy policy in which the you tube user has violated by using third party applications to download my photos and videos.

Instagram states that once my pictures have been uploaded to Instagram they become my copyright.

The second reason is the person using my copyrighted material can not use the FAIR USE claim because the entirety of this video is not for Commentary and Reporting of news it's simply to harass myself and my family with false defamatory claims, the false promotion of a movie of my life is clear that the use of my copyright work is being used in a way to hurt my reputation as well as my ability to continue to use my work for its original use. Your policy states as follow

4. The effect of the use upon the potential market for, or value of, the copyrighted work

Uses that harm the copyright owner's ability to profit from his or her original work are less likely to be fair uses. Courts have sometimes made an exception under this factor in cases involving parodies.

Congress stated in http://www.copyright.gov/title17/92chap1.html#107 the determination is broke down in 4 factors.

*1) the purpose and character of the use, including whether such use is of a commercial nature or is for non-profit educational purposes;*

*(2) the nature of the copyrighted work;*

*(3) the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and*

*(4) the effect of the use upon the potential market for, or value of, the copyrighted work.*

This Original Photo was used in a Memorial obituary after the death of a family member the YouTube user has changed this entire original use into promoting a False movie of my life adding commentary to the back ground of these photos that go against its original use and is Defamatory entirely. So number (2) as well as number (4) in those factors has been violated. The NATURE of this work is used for harassment and not the report of news, criticism or educational purposes in addition My full original Photos are being used to promote a false unauthorized movie without authorization.

This YouTube user is not a journalist and uses the fate use doctrine of congress as a defense to harass and report false news on people. I have displayed to you the facts surrounding this video and how it is not fair use. I pray that you investigate fully these claims.

Jermaine Diaz
Moneytoblowmusicgroup,LLC

[END COPY OF NOTICE]

 Gmail

## Copyright takedown request received for your YouTube video

**YouTube Copyright** <youtube-disputes+0agoh8e4qjogi07@google.com>    Mon, Jan 13, 2020 at 10:10 AM
Reply-To: YouTube Copyright <youtube-disputes+0agoh8e4qjogi07@google.com>
To: folksalertapp@gmail.com

Hello,

We received the copyright infringement notification below regarding your video(s). We believe your content is protected by fair use, fair dealing, or a similar exception to copyright protection. We are writing to let you know **we do NOT plan to remove your video(s) at this time.** You have control over the availability of videos on your channel, including the ability to delete them if you choose.

http://www.youtube.com/watch?v=ZOsSS5EqIjY

Please be advised it is possible the copyright owner will approach you directly to request removal or take other action.

This email is not intended as legal advice. If you are interested in more information regarding your options in this matter, you may wish to consult a qualified attorney.

Please note the complainant's physical address and phone number have been redacted from the copyright infringement notification below. This information will only be shared if you intend to file a lawsuit against the complainant. Let us know if you choose to do so.

[BEGIN COPY OF NOTICE]

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Jermaine Diaz Your Full Legal Name (Aliases, usernames or initials not accepted): Jermaine Diaz Your Title or Job Position (What is your authority to make this complaint?): Authorized Original Author of Photo Username: Young Lace Email Address: lace@lacetheblueprint.com

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=ZOsSS5EqIjY
Describe the work allegedly infringed: Other

- Type of copyrighted work: INSTAGRAM PHOTO
- Title of copyrighted work: Instagram professional Photo
- Additional information:
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jermaine Diaz

Sincerely,

— The YouTube Team

> Hi Young Lace,
>
> We require a more detailed description of your copyrighted work. We won't be able to process your request until you have provided us with this information.
>
> We encourage you to provide whatever specifics you feel will be most useful. Information such as the title of the work, the type of work, its author's name, the date of creation of the work, a copyright registration number (if the work is registered), and/or the specific timestamps at which your work appears in the video in question will greatly assist us in processing your request.
>
> Thank you very much for your cooperation.
>
> - The YouTube Team
>
> Here is the information you filled in:
>
> Copyright Owner Name (Company Name if applicable): Jermaine Diaz
> Your Full Legal Name (Aliases, usernames or initials not accepted): Jermaine Diaz
> Your Title or Job Position (What is your authority to make this complaint?): Authorized Original Author of Photo
>
> Username: Young Lace
> Email Address: lace@lacetheblueprint.com
>
> > URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=ZOsSS5EqIjY
> > Describe the work allegedly infringed: Other
> > - Type of copyrighted work: INSTAGRAM PHOTO
> > - Title of copyrighted work: Instagram professional Photo
> > - Additional information:
> > - Where does the content appear? Entire video
>
> Country where copyright applies: US
>
> I state UNDER PENALTY OF PERJURY that:
>
> - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
> - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
> - This notification is accurate.

- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jermaine Diaz


Carlos Diaz

Moneytoblowmusicgroup,LLC


Hi Young Lace,

Thank you for your response. However, your identification of the specific copyrighted work at issue is still unclear. To identify the specific work allegedly infringed, answering some or all of the following questions will be helpful:

1. What is the title of your copyrighted work? If your work is untitled, provide a description of the contents in the work.
2. What type of copyrighted work is it?
3. When was it authored?
4. By whom was it authored?
5. If portions of your work appear in this video, what are the specific timestamps in which this occurs?

Please understand that we won't be able to process your request until you have provided us with this information. Thank you very much for your cooperation.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Jermaine Diaz
Your Full Legal Name (Aliases, usernames or initials not accepted): Jermaine Diaz
Your Title or Job Position (What is your authority to make this complaint?): Authorized Original Author of Photo

Username: Young Lace
Email Address: lace@lacetheblueprint.com

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=ZOsSS5EqIjY
Describe the work allegedly infringed: Other
- Type of copyrighted work: INSTAGRAM PHOTO
- Title of copyrighted work: Instagram professional Photo
- Additional information:
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.

- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jermaine Diaz


Title Of Work: Private VIDEO That Did not authorize to be Recorded and Uploaded to YouTube.


Type of Work: Original Video Uploaded to Instagram

Authors Name: Jermaine Diaz  Instagram Handle @moneytoblowmusicgroup

Date Of Creation : 10/2018


My Copyrighted Video is being used during the entire video.


**Face Book has a strict policy on the infringement of other users Copyright and that policy is as follow,**


Facebook takes intellectual property rights seriously and believes they are important to promoting expression, creativity, and innovation in our community. ... before sharing content on Facebook, please be sure you have the right to do so.... Facebook's Terms of Service do not allow people to post content that violates someone else's intellectual property, including copyright and trademark.


**This Video is A Video I recorded personally and uploaded to Instagram with good faith my intellectual property would not be violated. This YouTube User used a 3rd Party feature to illegally record my video.**


Carlos Diaz
Moneytoblowmusicgroup,LLC


Hi Young Lace,

We are very concerned that your copyright notification may not be valid for some or all of the videos identified in your notification. Please keep in mind that in many countries, it is legal to use copyrighted works in specific ways without the owner's authorization, particularly for transformative purposes such as news reporting, parody, commentary, or review.

Some countries protect such uses under doctrines of "fair use" or "fair dealing," while others allow for specific exceptions to copyright protection.

Learn more about fair use in the United States.

If you still believe your copyright is infringed by the YouTube video(s) identified in your notification, please explain in detail why you think so. We ask that you provide more detail than was included in your initial notice. Here are questions you may wish to consider:

How much of your copyrighted work is used? How is the market for your original work affected by this use? Does this use significantly transform your original work, or does it serve the same purpose? Does this use fall into an exception to copyright protection? Please note that we may share your response with the uploader(s).

Thank you very much for your cooperation.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Jermaine Diaz
Your Full Legal Name (Aliases, usernames or initials not accepted): Jermaine Diaz
Your Title or Job Position (What is your authority to make this complaint?): Authorized Original Author of Photo

Username: Young Lace
Email Address: lace@lacetheblueprint.com
URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=ZOsSS5EqIjY

> Describe the work allegedly infringed: Other
> - Type of copyrighted work: INSTAGRAM PHOTO
> - Title of copyrighted work: Instagram professional Photo
> - Additional information:
> - Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jermaine Diaz


Hi,

Thank You for Your Concerns and response.


My copyright is being violated in a number of ways, one, I did not authorize the use of my original photos in this video that were protected under Instagram and Facebooks privacy policy in which the you tube user has violated by using third party applications to download my photos and videos.
Instagram states that once my pictures have been uploaded to Instagram they become my copyright.

The second reason is the person using my copyrighted material can not use the FAIR USE claim because the entirety of this video is not for Commentary and Reporting of news it's simply to harass myself and my family with false defamatory claims, the false promotion of a movie of my life is clear that the use of my copyright work is being used in a way to hurt my reputation as well as my ability to continue to use my work for its original use. Your policy states as follow

4. The effect of the use upon the potential market for, or value of, the copyrighted work

Uses that harm the copyright owner's ability to profit from his or her original work are less likely to be fair uses. Courts have sometimes made an exception under this factor in cases involving parodies.

Congress stated in http://www.copyright.gov/title17/92chap1.html#107 the determination is broke down in 4 factors.

*1) the purpose and character of the use, including whether such use is of a commercial nature or is for non-profit educational purposes;*

*(2) the nature of the copyrighted work;*

*(3) the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and*

*(4) the effect of the use upon the potential market for, or value of, the copyrighted work.*

This Original Photo was posted via Instagram of my family on Easter the YouTube user has changed this entire original use into promoting a False movie of my life adding commentary to the back ground of these photos that go against its original use and is Defamatory entirely. So number (2) as well as number (4) in those factors has been violated. The NATURE of this work is used for harassment and not the report of news, criticism or educational purposes in addition My full original Photos are being used to promote a false unauthorized movie without authorization.

This YouTube user is not a journalist and uses the fair use doctrine of congress as a defense to harass and report false news on people. I have displayed to you the facts surrounding this video and how it is not fair use. I pray that you investigate fully these claims.

Carlos Diaz
Moneytoblowmusicgroup,LLC


Hello,

Thank you for your message. However, we remain concerned that your copyright notification is not valid for some or all of the videos identified in your notification. As a result, the content will remain live on YouTube.

If you have concerns relating to harassment, your privacy, safety, or other abuse issues, please visit our Policy and Safety Hub to help you better understand your situation as well as where to report such content.

Sincerely,
The YouTube Team


[END COPY OF NOTICE]

Exhibit 6

 Gmail

## Content Takedown - Claim 16909936 [ ref:_00DD0pxIW._5002o2KxIx3:ref ]

**Content Email** <infringement-claim-response@spotify.com>      Fri, Jan 17, 2020 at 8:10 AM
To: "kekomardi@gmail.com" <kekomardi@gmail.com>

Hi,

We have received a complaint that the following content infringes the intellectual property rights of **Jermaine Diaz** from **Money To Blow Music Group, LLC** in **Worldwide** . While this claim is under investigation, this content has been taken down.

Title: **Folksalert**
Feed URL: **http://feeds.soundcloud.com/users/soundcloud:users: 537111150/sounds.rss**
Author: **kekomardi@gmail.com**

If the provider believes this is mistaken and that it has rights to provide this content, please contact the complaining party at **lace@moneytoblowmusicgroup.com**, and notify me of the resolution.

In addition, please reply to this email with (i) an explanation why the takedown is contested; (ii) the sentence, "I state under penalty of perjury that I have the necessary rights to post the content found at **http://feeds.soundcloud.com/users/soundcloud:users:537111150/sounds.rss**; and (iii) the relevant contact details of the provider. **Note that non-fulfilment of any of the requirements in (i)-(iii) will be considered as an invalid contestation and treated as consent to the takedown.**

Please be advised Spotify has a policy to terminate, in appropriate circumstances, the accounts of repeat infringers.

If we do not hear from you **within five (5) business days**, we will assume that you consent to the takedown.

Thank you for your cooperation.

Best Regards,
Spotify Content Protection

Exhibit 7

| | |
|---|---|
| Subject | **Re: Spotify- Content Takedown - Claim 16909936** |
| From | Carlos diaz <lace@moneytoblowmusicgroup.com> |
| To | Folksalert <info@folksalert.com>, Eric LaRue <eric@thelaruefirm.com> |
| Date | 2020-01-17 11:43 |



Correction, You are using my copyrighted photo that is not authorized to be used as well as using my Likeness to promote false allegations and defamatory content.  We have a pending litigation involving defamation and Harassment for these exact reasons, Again the mentioned photo is not authorized and the recording is false and defamatory. I respectfully demand that you cease and desist all further use of my original photos to promote your podcast as well as the false recordings using my name and likeness . I will be amending my petition to the court with subpoenas for proof of who is in these recordings.

You are not a journalist nor is your publications for the purpose of education, criticism or Commenting it is solely for the purpose of harassment and obsession so therefore the fair use claims that you are falsely using is void, I will continue to send take down request for all of your false allegations as well as the use of my likeness. My request to Spotify was for defamation and false allegations which my statements are true and correct.

I conclude this communication by demanding that you contact my attorney with all further communication and not contact me again. My attorney Eric Larue has been attached to this email.


Carlos Diaz
Moneytoblowmusicgroup,LLC

On Jan 17, 2020, at 10:30 AM, Folksalert <info@folksalert.com> wrote:

Hello Mr. Diaz I was just informed by Spotify of your Takedown request sir you don't own any of the content on the Folksalert podcast or on anything of the social media platform for that matter. I respectfully ask sincerely you stop with these false Takedown request and again I will take legal actions against you because your in clear violations of the DMCA copyright law.

Respectfully Yours,
Rayon "Keko" Payne
Folksalert Podcast
8815 Conroy Windermere Rd
#208
Orlando Florida 32835
Ph: 646-54-FOLKS
E: info@folksalert.com
W: www.folksalert.com

Exhibit 8

| COMPLAINANT | TERRITORIES ASSERTED | ARTIST | PLAYLIST | ADAM ID | PROVIDER | UPC | CONTENT ISSUE | TRACK NUMBER | TRACK TITLE | TRACK ARTIST | TRACK ADAM ID | TRACK | TRACK ISRC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jermaine Diaz | AE, AG, AI, AM, AR, AT, AU, AZ, BB, BE, BG, BH, BM, BO, BR, BS, BW, BZ, CA, CH, CL, CO, CR, CV, CY, CZ, DE, DK, DM, DO, EC, EE, EG, ES, FI, FJ, FM, FR, GB, GD, GH, GM, GR, GT, GW, HK, HN, HU, ID, IE, IL, IN, IT, JO, JP, KE, KG, KH, KN, KY, KZ, LA, LB, LK, LT, LU, LV, MD, MN, MO, MT, MU, MX, MY, MZ, NA, NE, NG, NI, NL, NO, NZ, OM, PA, PE, PG, PH, PL, PT, PY, QA, RO, RU, SA, SE, SG, SI, SK, SV, SZ, TH, TJ, TM, TR, TT, TW, UA, UG, US, VE, VG, VN, ZA, ZW | Keko | Gorilla Exploratory | 1463012169 | CD Baby / Hit Media | 194171090707 | Name/Likeness | | | | | | |
| | | | | | | | | 9 | Young Lace Sex Offender | Keko | 1463012178 | USDY41941325 | |

# Exhibit 9



MEDIA CD
Audio Exhibits 9 and 11
Pictures Exhibits 12
Video Exhibits 13

# Exhibit 10

10 months ago

#Entertainment

**Folksalert**

# EP 51: BOLD PIMPING - A Houston Sex Trafficking Operation

1:00:00

Write a comment

A ex-worker who wish to remain anonymous spoke to Folksalert about her ex-trafficker Jermaine Carlos Diaz known as Young Lace who is a convicted sex trafficker and a registered sex offender. She gives us first hand detail of his operation.

Related tracks · View all

**Folksalert**
EP 82: Sex Offender Conspiracy - H...
▲ 763  ● 4

**Gotfolks**
Episode I: More Important Things
▲ 198  ● 3

▲ 937  ● 2  More stats

FOLKS ALERT



JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| RAYON PAYNE | JERMAINE CARLOS DIAZ |

**(b)** County of Residence of First Listed Plaintiff  ORANGE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  FORT BEND
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1  U.S. Government
       Plaintiff
- ☒ 3  Federal Question
       *(U.S. Government Not a Party)*
- ❏ 2  U.S. Government
       Defendant
- ❏ 4  Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - | of Property 21 USC 881 | ❏ 423 Withdrawal | ❏ 376 Qui Tam (31 USC |
| ❏ 130 Miller Act | ❏ 315 Airplane Product | Product Liability | ❏ 690 Other | 28 USC 157 | 3729(a)) |
| ❏ 140 Negotiable Instrument | Liability | ❏ 367 Health Care/ | | | ❏ 400 State Reapportionment |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☒ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' | Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted | Liability | ❏ 368 Asbestos Personal | | ❏ 835 Patent - Abbreviated | ❏ 460 Deportation |
| Student Loans | ❏ 340 Marine | Injury Product | | New Drug Application | ❏ 470 Racketeer Influenced and |
| (Excludes Veterans) | ❏ 345 Marine Product | Liability | | ❏ 840 Trademark | Corrupt Organizations |
| ❏ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | (15 USC 1681 or 1692) |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle | ❏ 371 Truth in Lending | Act | ❏ 862 Black Lung (923) | ❏ 485 Telephone Consumer |
| ❏ 190 Other Contract | Product Liability | ❏ 380 Other Personal | ❏ 720 Labor/Management | ❏ 863 DIWC/DIWW (405(g)) | Protection Act |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal | Property Damage | Relations | ❏ 864 SSID Title XVI | ❏ 490 Cable/Sat TV |
| ❏ 196 Franchise | Injury | ❏ 385 Property Damage | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | ❏ 850 Securities/Commodities/ |
| | ❏ 362 Personal Injury - | Product Liability | ❏ 751 Family and Medical | | Exchange |
| | Medical Malpractice | | Leave Act | | ❏ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❏ 891 Agricultural Acts |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement | ❏ 870 Taxes (U.S. Plaintiff | ❏ 893 Environmental Matters |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | Income Security Act | or Defendant) | ❏ 895 Freedom of Information |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate | | ❏ 871 IRS—Third Party | Act |
| ❏ 240 Torts to Land | ❏ 443 Housing/ | Sentence | | 26 USC 7609 | ❏ 896 Arbitration |
| ❏ 245 Tort Product Liability | Accommodations | ❏ 530 General | | | ❏ 899 Administrative Procedure |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - | ❏ 535 Death Penalty | **IMMIGRATION** | | Act/Review or Appeal of |
| | Employment | **Other:** | ❏ 462 Naturalization Application | | Agency Decision |
| | ❏ 446 Amer. w/Disabilities - | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration | | ❏ 950 Constitutionality of |
| | Other | ❏ 550 Civil Rights | Actions | | State Statutes |
| | ❏ 448 Education | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original
       Proceeding
- ❏ 2  Removed from
       State Court
- ❏ 3  Remanded from
       Appellate Court
- ❏ 4  Reinstated or
       Reopened
- ❏ 5  Transferred from
       Another District
       *(specify)*
- ❏ 6  Multidistrict
       Litigation -
       Transfer
- ❏ 8  Multidistrict
       Litigation -
       Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
17 U.S.C. § 512

Brief description of cause:
unauthorized copyright takedown

| VII. REQUESTED IN COMPLAINT: | ❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ To be determined | CHECK YES only if demanded in complaint: JURY DEMAND: ❏ Yes ☒ No |
|---|---|---|---|

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*  JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

| Print | Save As... | Reset |

Attachment (2)

**AFFIDAVIT ATTACHED**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Middle District of Florida

RAYON PAYNE

)
)
)
)

_Plaintiff(s)_

v.

JERMAINE CARLOS DIAZ

)
)
)
)
)
)
)
)

Civil Action No. 6:20-CV-01306-PGB-DCI

_Defendant(s)_

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  JERMAINE CARLOS DIAZ
5634 JAY THRUSH DR,
RICHMOND TX 77407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RAYON PAYNE
8815 CONROY WINDERMERE RD
#208
ORLANDO, FL 32835

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/26/2020

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

**AFFIDAVIT ATTACHED**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:20-CV-01306-PGB-DCI

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jermaine Carlos Diaz

was received by me on *(date)*  11-09-2020 at 5:50 PM

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*  Terrance Jarrett

at 5501 Regency Dr., Sugar Land TX 77479 , a person of suitable age and discretion who resides there,

on *(date)* 11-19-2020 at 4:09 PM and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  November 23rd, 2020          _____
                                                    *Server's signature*

                                          Paul J. Franco Authorized Person
                                    _____
                                          *Printed name and title*  PSC: 11850 / Exp: 02/28/2021



                              12645 Memorial Drive, Ste F1-166, Houston , Texas 77024
                                          *Server's address*

Additional information regarding attempted service, etc:

Served on Terrance Jarrett - nephew of Jermaine Carlos Diaz
19 years old, Male black , aproximatly 6'0", aproximatly 210 lbs,
long black hair

| Print | Save As... | | Reset |

# Exhibit



# *Praetorian*

## *Field Sheet*

Date Received: 11/09/2020          Time: 5:50 PM          Cause # 6:20-CV-01306-PGB-DCI

Routine ASAP                                              Server: Rayon Payne

Name: Jermaine Carlos Diaz

Address: 5634 Jay Thrush Drive

5501 Regency Dr. Sugar 77479

City: Richmond          Zip: 77407          County: Fort Bend

## ATTEMPTS:

| | Date | Time | Activity |
|---|---|---|---|
| 1. | 11/11/11 | 7:18 | Spoke to young female who stated he is out of |
| 2. | / | | town until after Thanksgiving on tour. |
| 3. | / | | |
| 4. | / | | |
| 5. | / | | |
| 6. | / | | |

## ACTUAL SERVICE INFORMATION:

Date Served: 11/19/2020 at 4:09 PM          Type: Sub

Served On: Terrance Jarrett Nowphew

Address: 5501 Regency Dr. Sugarland, TX 77479

Comments: _____

Age: 19  Sex: M/F M  Race: B/C  Height: 6'0"  Weight: 210  Hair: B/C Long  Glasses Y/N

Signature:  Yes  No

Signature X Terrance Smith          Military: Yes  No

Fee _____

Claim # _____          Deadline Date _____:

Attachment (3)

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2020 DEC 16 AM 9: 45

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO. FLORIDA

RAYON PAYNE,
Plaintiff

V.

CASE NO: 6:20-cv-1306-Orl-40DCI

JERMAINE CARLOS DIAZ
Defendant

_____/

## PLAINTIFF'S RENEWED MOTION FOR DEFAULT BY CLERK

COMES NOW Rayon Payne, Plaintiff request(s) that the clerk of court enter default

against Jermain Carlos Diaz, Defendant pursuant to Federal Rule of Civil Procedure 55(a). In

support of this request Plaintiff relies upon the record in this case and the affidavit submitted

herein.

Date: 12/16/ 2020

RAYON PAYNE, PRO SE
/s/ Rayon Payne

8815 Conroy Windermere Rd
Ste. #208
Orlando Florida 32835
Tel: 863-485-0550
Email: info@folksalert.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**   I hereby  certify  that  a  true  and  correct  copy  of  the

foregoing  was  served by U.S. Mail on 16 day of December, 2020 to Jermaine Carlos Diaz at

5501 Regency Dr, Sugar Land, TX 77479-4108, Emails younglaceincorporated@gmail.com and

lace@moneytoblowmusicgroup.com.

RAYON PAYNE, PRO SE
/s/ Rayon Payne

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYON PAYNE,
    Plaintiff

V.

                            CASE NO: 6:20-cv-1306-Orl-40DCI

JERMAINE CARLOS DIAZ
    Defendant
_____/

## PLAINTIFF'S RENEWED AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT BY CLERK

I, Rayon Payne, being duly sworn, state as follows:

1.  I am the Plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2.  The summons and complaint were filed on July 23, 2020.

3.  Defendant Jermaine Carlos Diaz, was served with a copy of the summons and complaint on November 19, 2020, as reflected on the docket sheet by the proof of service filed on November 23, 2020.

4.  Defendant Jermaine Carlos Diaz, answer to the complaint was due on or before December 11, 2020.

5.  Defendant Jermaine Carlos Diaz, has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

6.  Plaintiff requests that the clerk of court enter default against the Defendant Jermaine Carlos Diaz.

1

Date: 12/16/20

Respectfully submitted,
RAYON PAYNE, PRO SE

8845 Conroy Windermere Rd
Ste. #208
Orlando Florida 32835

Sworn to or affirmed and signed before me on 12/16/20 by _Rayon Payne_

STATE OF FLORIDA
COUNTY OF ORANGE

NOTARY PUBLIC or DEPUTY
CLERK

Stamp commissioned name of notary

SHANNON LAWAL
Notary Public - State of Florida
Commission # GG 942342
Commission Expires February 2023

Personally Known _____
Produced Identification __X__
Type of Identification Produced __FLDL__

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail on 16 day of December, 2020 to Jermaine Carlos Diaz at 5501 Regency Dr, Sugar Land, TX 77479-4108 and younglaceincorporated@gmail.com and lace@moneytoblowmusicgroup.com.

RAYON PAYNE, PRO SE
/s/ Rayon Payne

2

Attachment (4)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAYON PAYNE,**

                    **Plaintiff,**

**v.**                                          **Case No:  6:20-cv-1306-Orl-40DCI**

**JERMAINE CARLOS DIAZ,**

                    **Defendant.**
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **JERMAINE CARLOS DIAZ** in Orlando, Florida on the 16th day of December, 2020.

                                ELIZABETH M. WARREN, CLERK

                                s/RO, Deputy Clerk

Copies furnished to:

Counsel of Record