**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**RAYON PAYNE,**

      **Plaintiff,**

**v.**                                        **Case No: 6:20-cv-1306-PGB-DCI**

**JERMAINE CARLOS DIAZ,**

      **Defendant.**

_____/

**<u>ORDER</u>**

This cause is before the Court on Plaintiff's Renewed Motion for Entry of Default Final Judgment (Doc. 36 (the "**Motion**")), filed on January 25, 2021. The United States Magistrate Judge has submitted a report recommending that the Court deny the Motion, dismiss the Complaint (Doc. 1) without prejudice, and direct the Clerk of Court to close the case. (Doc. 37).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation dated February 17, 2021 (Doc. 37), is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The Renewed Motion for Entry of Default Final Judgment (Doc. 36) is **DENIED**;

3. The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**; and

4. The Clerk of Court is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on March 4, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2